| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jerome** | **Albert** | **Grisaffi** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | **19-33855-sgj** | | |

☑ Check if this is an amended filing

Official Form 107

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**    04/19

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1 **Jerome Albert Grisaffi**     Case number (if known) **19-33855-sgj**

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For the last calendar year:**<br>(January 1 to December 31, **2018**)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $84,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017**)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $1,640,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | Stock Sales<br>Social Security | $25,000.00<br>$22,000.00 |  |  |
| **For the last calendar year:**<br>(January 1 to December 31, **2018**)<br>YYYY | Stock Sales<br>Social Security | $27,896.00<br>$26,059.00 |  |  |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017**)<br>YYYY | Stock Sales<br>Social Security | $1,825,000.00<br>$25,531.00 |  |  |

Debtor 1 **Jerome Albert Grisaffi** Case number (if known) **19-33855-sgj**

### Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Rocky Mountain High Brands, Inc., et al. v. Jerry Grisaffi, et al.** | Judgment | **192nd District Court** Court Name<br>**Dallas County, Texas** Number Street<br>**600 Commerce Street**<br>**Dallas**  **TX**  **75201**<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **DC-17-15441** | | | |

Debtor 1 **Jerome Albert Grisaffi**  Case number (if known) **19-33855-sgj**

| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
|---|---|---|---|
| **Jerry Grisaffi v. Rocky Mountain High Brands, Inc.** | Appeal / Contract | **5th Court of Appeals**<br>Court Name<br><br>Number   Street<br><br>**Dallas**    **TX**    **75201**<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **05-18-01020-cv** | | | |
| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
| **Jerry Grisaffi v. David M. Seeberger** | Malpractice Claim | **101st District Court**<br>Court Name<br>**Dallas County, Texas**<br>Number   Street<br>**600 Commerce Street**<br>**Dallas**    **TX**    **75201**<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **DC-18-05783** | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

### Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes.  Fill in the details for each gift.

Debtor 1 **Jerome Albert Grisaffi**     Case number (if known) **19-33855-sgj**

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☒ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **Rolex watch - stolen** | | | **$6,500.00** |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Joyce W. Lindauer Attorney, PLLC**<br>Person Who Was Paid | **Included the filing fee of $1,717.00** | | |
| **12720 Hillcrest Road**<br>Number  Street | | **November 2019** | **$11,717.00** |
| **Suite 625** | | | |
| **Dallas**   **TX**   **75230**<br>City   State   ZIP Code | | | |
| Email or website address | | | |
| **Ken Dougherty**<br>Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

Debtor 1  **Jerome Albert Grisaffi**  Case number (if known) **19-33855-sgj**

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Unknown** | Stock sales to raise money | Best In Pet Stock $20,000 | October 2018 |
| **Money Paid Over $600** / See attached Exhibit 18 | | | |
| **Automobiles Transferred in Last 2 Years** / See attached Exhibit 18 | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page 6

Debtor 1  **Jerome Albert Grisaffi**   Case number (if known) __19-33855-sgj__

### Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

### Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

### Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

Debtor 1 **Jerome Albert Grisaffi**      Case number (if known) **19-33855-sgj**

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

### Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☒ An officer, director, or managing executive of a corporation
☒ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name / Address | Nature of business / Accountant | EIN / Dates |
|---|---|---|
| **Rocky Mountain High** (Business Name)<br>**9101 LBJ Freeway** (Number Street)<br>**Suite 210**<br>**Dallas, TX 75243** | Describe the nature of the business: **Drink Company**<br>Name of accountant or bookkeeper: **Jen Milke** | EIN: **9 0 – 0 8 9 5 6 7 3**<br>Dates business existed<br>From **6/1/2014** To **11/18/2019** |
| **Land and Estate Venture Company, L** (Business Name)<br>**10573 W. Pico Blvd.** (Number Street)<br>**Los Angeles, CA 90064** | Describe the nature of the business: **Land Investment**<br>Name of accountant or bookkeeper: **Unknown** | EIN: **8 2 – 2 3 2 0 7 7 8**<br>Dates business existed<br>From **6/18/2017** To **11/18/2019** |
| **Right on Brands Inc. - CEO** (Business Name)<br>**3532 Skylane Drive** (Number Street)<br>**Suite 127**<br>**Carrollton, TX 75006** | Describe the nature of the business: **Health and Wellness Company**<br>Name of accountant or bookkeeper: **David Youssefeyh** | EIN: **4 5 – 1 9 9 4 4 7 8**<br>Dates business existed<br>From **9/1/2016** To **Present** |

Debtor 1 **Jerome Albert Grisaffi**     Case number (if known) **19-33855-sgj**

| | | |
|---|---|---|
| **Republic of Texas Food Company**<br>Business Name<br>**non-operating subsidiary of**<br>Number   Street<br>**Rocky Mountain High**<br><br>City            State   ZIP Code | **Describe the nature of the business**<br><br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>**From** _____ **To** _____ |
| **Republic of Texas Apparel Company**<br>Business Name<br>**non-operating subsidiary of**<br>Number   Street<br>**Rocky Mountain High**<br><br>City            State   ZIP Code | **Describe the nature of the business**<br><br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>**From** _____ **To** _____ |
| **Chill Texas, Inc.**<br>Business Name<br>**Rocky Mountain High purchased**<br>Number   Street<br>**assets from Chill Texas, Inc.**<br><br>City            State   ZIP Code | **Describe the nature of the business**<br><br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>**From** _____ **To** _____ |
| **Rocky Mountain High Clothing Inc.**<br>Business Name<br>**non-operating subsidiary of**<br>Number   Street<br>**Rocky Mountain High**<br><br>City            State   ZIP Code | **Describe the nature of the business**<br><br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>**From** _____ **To** _____ |
| **Rocky Mountain High Brands, Inc.**<br>Business Name<br>**non-operating subsidiary of**<br>Number   Street<br>**Rocky Mountain High**<br><br>City            State   ZIP Code | **Describe the nature of the business**<br><br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>**From** _____ **To** _____ |

Debtor 1    **Jerome Albert Grisaffi**                                          Case number (if known)  **19-33855-sgj**

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

### Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Jerome Albert Grisaffi**                    X _____
Jerome Albert Grisaffi, Debtor 1                        Signature of Debtor 2

Date   **01/08/2020**                                     Date  _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

MONEY PAID OVER 600.00

| Date | Payee | Amount | Uses |
|---|---|---|---|
| 4/1/2019 | ALEXIS GRISAFFI | $1,800.00 | school and living expenses |
| 3/4/2019 | ALEXIS GRISAFFI | $1,775.00 | school and living expenses |
| 1/2/2019 | ALEXIS GRISAFFI | $1,850.00 | school and living expenses |
| 2/9/2018 | ALEXIS GRISAFFI | $600.00 | school and living expenses |
| 1/2/2018 | ALEXIS GRISAFFI | $2,500.00 | school and living expenses |
| 1/16/2018 | ALEXIS GRISAFFI | $1,000.00 | school and living expenses |
| 1/19/2018 | ALEXIS GRISAFFI | $1,500.00 | school and living expenses |
| 12/3/2018 | ALEXIS GRISAFFI | $2,000.00 | school and living expenses |
| 9/4/2018 | ALEXIS GRISAFFI | $1,800.00 | school and living expenses |
|  |  | $14,825.00 |  |
| 9/13/2019 | AMERICAN EXPRESS | $2,781.00 | rton expenses some personal |
| 9/19/2019 | AMERICAN EXPRESS | $3,000.00 | rton expenses some personal |
| 8/12/2019 | AMERICAN EXPRESS | $5,829.00 | rton expenses some personal |
| 7/8/2019 | AMERICAN EXPRESS | $3,000.00 | rton expenses some personal |
| 2/19/2019 | AMERICAN EXPRESS | $3,431.00 | rton expenses some personal |
| 1/4/2019 | AMERICAN EXPRESS | $1,225.00 | rton expenses some personal |
|  |  | $19,266.00 |  |
| 3/9/2018 | BEN DOUGHERTY | $1,000.00 | loan to a friend |
| 7/25/2019 | BLAKE NORVELL ATTY | $1,000.00 | attorney fees |
| 9/27/2019 | BLAKE NORVELL ATTY | $1,500.00 | attorney fees |
| 1/23/2019 | BLAKE NORVELL ATTY | $5,500.00 | attorney fees |
| 9/18/2018 | BLAKE NORVELL ATTY | $12,500.00 | attorney fees |
|  |  | $20,500.00 |  |
| 3/6/2018 | CLUBS CORP | $3,000.00 | fee for clubs corp |
| 8/18/2017 | DENNIS DOOLEY | $9,000.00 | loan to a friend |
| 1/19/2018 | ELOG PLUS | $11,800.00 | loan to a friend |
| 5/31/2018 | JESS ELIAS | $10,300.00 | rent west hollywood |
| 3/24/2018 | JESSICA THORNE ATTY | $2,500.00 | attorney fees for grandaughter |
| 4/30/2018 | LONE STAR LIVING | $17,850.00 | living expenses for my sister |
| 3/6/2018 | MARY GRISAFFI | $2,500.00 | dental work for my brother |
| 2/7/2018 | MARY GRISAFFI | $1,000.00 | dental work for my brother |
| 2/8/2018 | MARY GRISAFFI | $1,000.00 | dental work for my brother |
| 2/12/2018 | MARY GRISAFFI | $2,000.00 | dental work for my brother |
|  |  | $6,500.00 |  |

**EXHIBIT 18**

| Date | Payee | Amount | Purpose |
|---|---|---|---|
| 12/18/2019 | SANDI SITES | $2,000.00 | rent and expenses |
| 7/25/2019 | SANDI SITES | $1,675.00 | rent and expenses |
| 8/12/2019 | SANDI SITES | $1,600.00 | rent and expenses |
| 7/9/2019 | SANDI SITES | $1,000.00 | rent and expenses |
| 5/8/2019 | SANDI SITES | $2,500.00 | rent and expenses |
| 3/1/2019 | SANDI SITES | $2,000.00 | rent and expenses |
| 2/7/2019 | SANDI SITES | $2,000.00 | rent and expenses |
| 2/11/2019 | SANDI SITES | $600.00 | expenses |
| 1/4/2019 | SANDI SITES | $2,000.00 | rent and expenses |
| 6/6/2018 | SANDI SITES | $2,000.00 | rent and expenses |
| 5/11/2018 | SANDI SITES | $3,000.00 | rent and expenses |
| 4/6/2018 | SANDI SITES | $2,000.00 | rent and expenses |
| 2/26/2018 | SANDI SITES | $3,000.00 | rent and expenses |
| 2/1/2018 | SANDI SITES | $2,800.00 | rent and expenses |
| 1/5/2018 | SANDI SITES | $3,000.00 | rent and expenses |
| 12/10/2018 | SANDI SITES | $2,000.00 | rent and expenses |
| 12/20/2018 | SANDI SITES | $1,000.00 | rent and expenses |
| 9/6/2018 | SANDI SITES | $2,000.00 | rent and expenses |
| | | $36,175.00 | |
| 5/1/2018 | WARD LEGAL | $5,000.00 | attorney fees |
| 2/17/2018 | WARD LEGAL | $5,000.00 | attorney fees |
| 9/18/2018 | WARD LEGAL GROUP | $3,000.00 | attorney fees |
| | | $13,000.00 | |

autos sold over last 2 years

| Date Purchased | Purchase Amount | Make Model Color | Sale Amount | Purchaser | Date |
|---|---|---|---|---|---|
| Jun-17 | $8,500.00 | 2002 jaguar xkr black | $2,000.00 | rowlett automotive | Nov-18 |
| 17-Mar | $13,000.00 | 2001 xkr jaguar white | $13,000.00 | son traded to fenton | 18-Nov |
| 17-Jun | $8,700.00 | 2002 jaguar xkr silver | $5,000.00 | sold to phil offill | 18-Dec |
| 18-Mar | $28,000.00 | 2013 jaguar xf | still own | | |
| 17-Dec | $45,000.00 | 1955 T-BIRD RED | $27,000.00 | AUTO COLLECTORS | May-19 |