Monthly Operating Report
CASH BASIS

| CASE NAME: | JEROME GRISAFFI |
| CASE NUMBER: | 19-33855-SGJ |
| JUDGE: | JERNIGAN |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

## MONTHLY OPERATING REPORT

**MONTH ENDING:** <u>JANUARY</u>   <u>2020</u>
MONTH                  YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____     INDIVIDUAL
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY        TITLE

JEROME GRISAFFI                              2/16/2020
PRINTED NAME OF RESPONSIBLE PARTY              DATE

PREPARER:

_____     INDIVIDUAL
ORIGINAL SIGNATURE OF PREPARER                 TITLE

JEROME GRISAFFI                              2/16/2020
PRINTED NAME OF PREPARER                       DATE

**Monthly Operating Report**
CASH BASIS-1

| CASE NAME: | JEROME GRISAFFI |
| --- | --- |

| CASE NUMBER: | 19-33855-SGJ |
| --- | --- |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | | MONTH | | MONTH | | MONTH | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1. CASH - BEGINNING OF MONTH | $ | 2,349.67 | | | | | $ | - |
| **RECEIPTS** | | | | | | | | |
| 2. CASH SALES | | | | | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | | | | | |
| 4. LOANS AND ADVANCES | | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | | |
| 6. LEASE & RENTAL INCOME | | | | | | | | |
| 7. WAGES CASH ADVANCE | $ | 700.00 | | | | | | |
| 8. SOCIAL SECURITY | $ | 1,650.60 | | | | | | |
| 9. TOTAL RECEIPTS | $ | 2,350.60 | $ | - | $ | - | $ | - |
| **DISBURSEMENTS** | | | | | | | | |
| 10. NET PAYROLL | | | | | | | | |
| 11. PAYROLL TAXES PAID | | | | | | | | |
| 12. SALES,USE & OTHER TAXES PAID | | | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | | |
| 14. MORTAGE PAYMENTS | | | | | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | | | | | |
| 16. RENTAL & LEASE PAYMENTS | $ | 1,161.00 | | | | | | |
| 17. UTILITIES | $ | 387.09 | | | | | | |
| 18. INSURANCE | $ | 300.94 | | | | | | |
| 19. VEHICLE EXPENSES | $ | 293.63 | | | | | | |
| 20. TRAVEL | | | | | | | | |
| 21. BANK FEES | $ | 93.00 | | | | | | |
| 22. REPAIRS & MAINTENANCE | | | | | | | | |
| 23. SUPPLIES | | | | | | | | |
| 24. ADVERTISING | | | | | | | | |
| 25. HOUSEHOLD EXPENSES | $ | 784.70 | | | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | | | | | |
| 27. MEDICAL | $ | 188.10 | | | | | | |
| 28. OTHER (ATTACH LIST) | | | | | | | | |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ | 3,208.46 | $ | - | $ | - | $ | - |
| **REORGANIZATION EXPENSES** | | | | | | | | |
| 30. PROFESSIONAL FEES | | | | | | | | |
| 31. U.S. TRUSTEE FEES | | | | | | | | |
| 32. OTHER (ATTACH LIST) | | | | | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $ | - | $ | - | $ | - | $ | - |
| 34. TOTAL DISBURSEMENTS | $ | 3,208.46 | $ | - | $ | - | $ | - |
| 35. NET CASH FLOW | $ | (857.86) | $ | - | $ | - | $ | - |
| 36. CASH - END OF MONTH | $ | 1,491.81 | $ | - | $ | - | $ | - |

## Monthly Operating Report
### CASH BASIS-1A

### 2020

| CASE NAME: | JEROME GRISAFFI |
|---|---|
| CASE NUMBER: | 19-33855-SGJ |

| CASH DISBURSEMENTS DETAIL | | MONTH: | JANUARY |
|---|---|---|---|

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL CASH DISBURSEMENTS | | | $ - |

### BANK ACCOUNT DISBURSEMENTS DEBIT CARD

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | 01/01/20 | AUTO EXP | | $ 293.63 |
| | | HOUSEHOLD EXP | | $ 784.70 |
| | | MEDICAL | | $ 188.10 |
| | | RENTAL AND LEASE | | $ 1,161.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL BANK ACCOUNT DISBURSEMENTS | | | $ 2,427.43 |

| TOTAL DISBURSEMENTS FOR THE MONTH | $ 2,427.43 |
|---|---|

**Monthly Operating Report**
CASH BASIS-2

| CASE NAME: | JEROME GRISAFFI |
|---|---|
| CASE NUMBER: | 19-33855-SGJ |

**BANK RECONCILIATIONS**

| | Acct #1 | Acct #2 | Acct #3 | | TOTAL |
|---|---|---|---|---|---|
| A. BANK: | | | | | |
| B. ACCOUNT NUMBER: | | | | | TOTAL |
| C. PURPOSE (TYPE): | DIP Acct | | | | |
| 1. BALANCE PER BANK STATEMENT | $ 512.62 | $ (359.98) | | $ | 152.64 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | | | $ | - |
| 3. SUBTRACT: OUTSTANDING CHECKS | | | | $ | - |
| 4. OTHER RECONCILING ITEMS | | | | $ | - |
| 5. MONTH END BALANCE PER BOOKS | $ 512.62 | $ (359.98) | $ - | $ | 152.64 |
| 6. NUMBER OF LAST CHECK WRITTEN | 1035 | | | | |

**INVESTMENT ACCOUNTS**

| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $ - | $ - |

**CASH**

| | | |
|---|---|---|
| 12. CURRENCY ON HAND | $ | 1,491.81 |

| | | |
|---|---|---|
| **13. TOTAL CASH - END OF MONTH** | $ | 1,644.45 |

Monthly Operating Report
CASH BASIS-3

| CASE NAME: | JEROME GRISAFFI |
| --- | --- |
| CASE NUMBER: | 19-33855-SGJ |

ASSETS OF THE ESTATE

| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT | | MONTH | | MONTH | | MONTH | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. OTHER (ATTACH LIST) | | | | | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $ | - | $ | - | $ | - | $ | - |
| SCHEDULE "B" PERSONAL PROPERTY | | | | | | | | |
| 1. CASH ON HAND | $ | 1,491.81 | | | | | | |
| 2. CHECKING, SAVINGS, ETC. | $ | 152.64 | | | | | | |
| 3. SECURITY DEPOSITS | | | | | | | | |
| 4. HOUSEHOLD GOODS | | | | | | | | |
| 5. BOOKS, PICTURES, ART | | | | | | | | |
| 6. WEARING APPAREL | $ | 500.00 | | | | | | |
| 7. FURS AND JEWELRY | | | | | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | $ | 1,500.00 | | | | | | |
| 9. INSURANCE POLICIES | | | | | | | | |
| 10. ANNUITIES | | | | | | | | |
| 11. EDUCATION | | | | | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | | | | | |
| 13. STOCKS | $ | 400.00 | | | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | | | | | |
| 16. ACCOUNTS RECEIVABLE | $ | 500,000.00 | | | | | | |
| 17. ALIMONY | | | | | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | | | | | |
| 19. EQUITABLE INTERESTS | | | | | | | | |
| 20. CONTINGENT INTERESTS | | | | | | | | |
| 21. OTHER CLAIMS | | | | | | | | |
| 22. PATENTS & COPYRIGHTS | | | | | | | | |
| 23. LICENSES & FRANCHISES | | | | | | | | |
| 24. CUSTOMER LISTS | | | | | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | $ | 12,000.00 | | | | | | |
| 26. BOATS & MOTORS | | | | | | | | |
| 27. AIRCRAFT | | | | | | | | |
| 28. OFFICE EQUIPMENT | | | | | | | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | $ | 200.00 | | | | | | |
| 30. INVENTORY | | | | | | | | |
| 31. ANIMALS | | | | | | | | |
| 32. CROPS | | | | | | | | |
| 33. FARMING EQUIPMENT | | | | | | | | |
| 34. FARM SUPPLIES | | | | | | | | |
| 35. OTHER (ATTACH LIST) NOTE MDMP | $ | 90,000.00 | | | | | | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $ | 606,244.45 | $ | - | $ | - | $ | - |
| 37. TOTAL ASSETS | $ | 606,244.45 | $ | - | $ | - | $ | - |

Monthly Operating Report
**CASH BASIS-4**

| CASE NAME: | JEROME GRISAFFI |
|---|---|
| CASE NUMBER: | 19-33855-SGJ |

MONTH: JANUARY

**LIABILITIES OF THE ESTATE**

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | | |
| 2. PRIORITY | | |
| 3. UNSECURED | | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | $ - | $ - |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $ - | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $ - | | $ - |

**Monthly Operating Report**
CASH BASIS-4A

| CASE NAME: | JEROME GRISAFFI |
| --- | --- |

| CASE NUMBER: | 19-33855-SGJ |
| --- | --- |

MONTH: JANUARY

## ACCOUNTS RECEIVABLE AGING

| | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
| --- | --- | --- | --- | --- |
| 1. 0 - 30 | | | | |
| 2. 31 - 60 | | | | |
| 3. 61 - 90 | | | | |
| 4. 91 + | | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $ - | $ - | $ - | $ - |

## AGING OF POSTPETITION TAXES AND PAYABLES

| TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
| --- | --- | --- | --- | --- |
| 1. FEDERAL | | | | $ - |
| 2. STATE | | | | $ - |
| 3. LOCAL | | | | $ - |
| 4. OTHER (ATTACH LIST) | | | | $ - |
| 5. TOTAL TAXES PAYABLE | $ - | $ - | $ - | $ - |

| 6. ACCOUNTS PAYABLE | | | | $ - |
| --- | --- | --- | --- | --- |

## STATUS OF POSTPETITION TAXES

| FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
| --- | --- | --- | --- | --- |
| 1. WITHHOLDING | | | | $ - |
| 2. FICA-EMPLOYEE | | | | $ - |
| 3. FICA-EMPLOYER | | | | $ - |
| 4. UNEMPLOYMENT | | | | $ - |
| 5. INCOME | | | | $ - |
| 6. OTHER (ATTACH LIST) | | | | $ - |
| 7. TOTAL FEDERAL TAXES | $ - | $ - | $ - | $ - |
| STATE AND LOCAL | | | | $ - |
| 8. WITHHOLDING | | | | $ - |
| 9. SALES | | | | $ - |
| 10. EXCISE | | | | $ - |
| 11. UNEMPLOYMENT | | | | $ - |
| 12. REAL PROPERTY | | | | $ - |
| 13. PERSONAL PROPERTY | | | | $ - |
| 14. OTHER (ATTACH LIST) | | | | $ - |
| 15. TOTAL STATE & LOCAL | $ - | $ - | $ - | $ - |
| 16. TOTAL TAXES | $ - | $ - | $ - | $ - |

Monthly Operating Report

CASH BASIS-6

2020

| CASE NAME: | JEROME GRISAFFI |
| CASE NUMBER: | 19-33855-SGJ |

MONTH: JANUARY

### QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | NO |
| B | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | YES | |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | NO |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | NO |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | NO |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | NO |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | NO |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | NO |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | NO |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | NO |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | NO |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | YES | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES", PROVIDE A DETAILED
EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.
MY COMERICA ACCOUNT WHICH RECEIVES MY SOCIAL SECURITY WE MOVED IT OVER
IT ALSO PAYS MY INSURANCE THRU THIS ACCOUNT
PAYCHECK FOR JANUARY HAS NOT BEEN ISSUED YET COMPANY OUT OF FUNDS.=

### INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | | |
| 3. | PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS 'NO' OR IF ANY POLICIES HAVE
BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN
EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Work Sheet

| auto expense | january 2020 expenses household expenses | medical |
|---|---|---|
| 12.29 | 34.5 | 38.1 |
| 25.07 | 23.8 | 150 |
| 22.26 | 68.01 | 188.1 total |
| 25 | 4.32 | |
| 20.01 | 30.24 | RENTAL AND LEASE |
| 20.04 | 2.99 | 631 |
| 20.03 | 10.81 | 160 |
| 20.07 | 87.45 | 40 |
| 22 | 50.87 | 30 |
| 56.62 | 14.06 | 300 |
| 30.01 | 5.891 | |
| 20.23 | 53.33 | 1161 TOTAL |
| 293.63 total | 52.3 | |
| | 18.76 | |
| | 2.09 | |
| | 25.25 | |
| | 34.12 | |
| | 38.4 | |
| | 51.91 | |
| | 60 | |
| | 10.81 | |
| | 28.38 | |
| | 21.14 | |
| | 21.6 | |
| | 5.5 | |
| | 19.47 | |
| | 5 | |
| | 3.7 | |
| | 784.70 total | |

| Description | Summary Amt. |
|---|---|
| Beginning balance as of 01/01/2020 | 583.94 |
| Total credits | 2600 |
| Total debits | -2671.32 |
| Ending balance as of 01/31/2020 | 512.62 |

| Date | Description | Amount | Running Bal. |
|---|---|---|---|
| 1/1/2020 | Beginning balance as of 01/01/2020 | | 583.94 |
| 1/2/2020 | KFC G135696 12/30 PURCHASE ROWLETT TX | -34.5 | 549.44 |
| 1/2/2020 | Zelle Transfer Conf# 1e9eea961; Grisaffi, Alexis | -300 | 249.44 |
| 1/2/2020 | OFFICE MAX/OFF 01/02 PURCHASE ROCKWALL TX | -23.8 | 225.64 |
| 1/2/2020 | WAL Wal-Mart S 01/02 PURCHASE ROCKWALL (S) TX | -68.01 | 157.63 |
| 1/3/2020 | ROCKWALL COUNTY VC 01/02 PURCHASE ROCKWALL TX | -38.1 | 119.53 |
| 1/3/2020 | Zelle Transfer Conf# e65e7071b; Jerome Grisaffi | -20 | 99.53 |
| 1/6/2020 | APPLE.COM/BILL 01/03 PURCHASE 866-712-7753 CA | -4.32 | 95.21 |
| 1/6/2020 | BKOFAMERICA ATM 01/04 #000002201 WITHDRWL NORTH RO | -20 | 75.21 |
| 1/6/2020 | WALGREENS STOR 01/04 PURCHASE ROWLETT TX | -18.88 | 56.33 |
| 1/6/2020 | WAL Wal-Mart S 01/04 PURCHASE ROWLETT TX | -30.24 | 26.09 |
| 1/6/2020 | APPLE.COM/BILL 01/05 PURCHASE 866-712-7753 CA | -2.99 | 23.1 |
| 1/6/2020 | APPLE.COM/BILL 01/05 PURCHASE 866-712-7753 CA | -10.81 | 12.29 |
| 1/7/2020 | RACETRAC 2420 01/06 PURCHASE CARROLLTON TX | -12.29 | 0 |
| 1/8/2020 | Zelle Transfer Conf# 00550F2Z2; JEROME GRISAFFI | 1620 | 1620 |
| 1/8/2020 | Zelle Transfer Conf# 00550EZ98; JEROME GRISAFFI | 20 | 1640 |
| 1/8/2020 | Zelle Transfer Conf# 1d4786b08; DEAN | -639 | 1001 |
| 1/8/2020 | QT 990 OUTSIDE 01/08 PURCHASE ROWLETT TX | -25.07 | 975.93 |
| 1/8/2020 | WAL Wal-Mart S 01/08 PURCHASE ROCKWALL (S) TX | -87.45 | 888.48 |
| 1/9/2020 | AT&T*BILL PAYMENT 01/08 PURCHASE 800-331-0500 TX | -387.09 | 501.39 |
| 1/9/2020 | AMZN MKTP US*N17F61713 01/08 PURCHASE AMZN.COM/BIL | -50.87 | 450.52 |
| 1/9/2020 | Amazon Prime*M982K1C22 01/09 PURCHASE Amzn.com/bill W | -14.06 | 436.46 |
| 1/9/2020 | Zelle Transfer Conf# 51eaaa093; Grisaffi, Alexis | -30 | 406.46 |
| 1/10/2020 | JACK IN THE BOX 3744 01/08 PURCHASE DALLAS TX | -5.81 | 400.65 |
| 1/10/2020 | COSTCO GAS #10 01/10 PURCHASE ROCKWAY TX | -22.26 | 378.39 |
| 1/10/2020 | COSTCO WHSE #1 01/10 PURCHASE ROCKWALL TX | -53.33 | 325.06 |
| 1/10/2020 | BROOKSHIRES 11 01/10 PURCHASE ATHENS TX | -52.3 | 272.76 |
| 1/13/2020 | TACO CABANA 20368 01/10 PURCHASE TERRELL TX | -18.76 | 254 |
| 1/13/2020 | GOOGLE*GOOGLE STORAGE 01/11 PURCHASE INTERNET CA | -2.09 | 251.91 |
| 1/13/2020 | KFC G135210 01/11 PURCHASE PALESTINE TX | -25.25 | 226.66 |
| 1/13/2020 | WM SUPERCENTER 01/11 PURCHASE PALESTINE TX | -34.12 | 192.54 |
| 1/13/2020 | WAL Wal-Mart S 01/12 PURCHASE ROCKWALL TX | -38.4 | 154.14 |
| 1/14/2020 | MR. D'S 01/12 PURCHASE CANTON TX | -25 | 129.14 |
| 1/15/2020 | Zelle Transfer Conf# T07HBVJBP; PRESTON CHANEY | 100 | 229.14 |
| 1/15/2020 | Zelle Transfer Conf# 316835695; JASMINE GARCIA | 60 | 289.14 |
| 1/15/2020 | QT 963 OUTSIDE 01/15 PURCHASE MCKINNEY TX | -20.01 | 269.13 |
| 1/15/2020 | KROGER #0574 01/15 PURCHASE ROCKWALL TX | -51.91 | 217.22 |
| 1/16/2020 | Zelle Transfer Conf# 316990782; JASMINE GARCIA | 40 | 257.22 |
| 1/16/2020 | QUOC-HUNG TRAN MD, PA 01/15 PURCHASE DALLAS TX | -150 | 107.22 |
| 1/17/2020 | Zelle Transfer Conf# T07HNKDLZ; SANDI SITES | 60 | 167.22 |

# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☎ Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖳 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

JEROME A GRISAFFI
1115 SHORES BLVD
ROCKWALL, TX 75087-2379

## Your Adv Relationship Banking

for December 28, 2019 to January 29, 2020          Account number:          3104

**JEROME A GRISAFFI**

### Account summary

| | |
|---|---:|
| Beginning balance on December 28, 2019 | $179.03 |
| Deposits and other additions | 3,600.00 |
| ATM and debit card subtractions | -1,807.18 |
| Other subtractions | -1,414.00 |
| Checks | -0.00 |
| Service fees | -25.00 |
| Ending balance on January 29, 2020 | $532.85 |



## Happy New Year!

All the best to you and yours in 2020 and beyond.
Thank you for being a Bank of America® customer.

SSM 09-19 07x2C 1 ARSBHGWL

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 1/17/2020 | QT 990 OUTSIDE 01/17 PURCHASE ROWLETT TX | *Fuel* | -20.04 | 147.18 |
| 1/21/2020 | QT 990 OUTSIDE 01/18 PURCHASE ROWLETT TX | *Fuel* | -20.03 | 127.15 |
| 1/21/2020 | Spotify USA 01/21 PURCHASE 877-7781161 NY | | -10.81 | 116.34 |
| 1/22/2020 | 7-ELEVEN 01/22 PURCHASE ROCKWALL TX | *Fuel* | -20.07 | 96.27 |
| 1/22/2020 | WAL Wal-Mart S 01/22 PURCHASE ROCKWALL (S) TX | *Food* | -28.38 | 67.89 |
| 1/23/2020 | 7-ELEVEN 26771 01/23 PURCHASE DALLAS TX | *Fuel* | -22 | 45.89 |
| 1/27/2020 | Counter Credit | *Deposit* | 700 | 745.89 |
| 1/27/2020 | WAL Wal-Mart S 01/24 PURCHASE ROCKWALL (S) TX | | -21.14 | 724.75 |
| 1/27/2020 | RACETRAC 144 01/25 PURCHASE ROWLETT TX | | -56.62 | 668.13 |
| 1/27/2020 | BUC-EE'S #35 01/25 PURCHASE TEMPLE TX | | -30.01 | 638.12 |
| 1/27/2020 | TU *TRANSUNION 01/25 PURCHASE 800-493-3292 CA | | -21.6 | 616.52 |
| 1/27/2020 | USPS KIOSK 4B7 01/26 PURCHASE ROCKWALL TX | | -5.5 | 611.02 |
| 1/28/2020 | EMS* SECURE ONLINE ACC 01/26 PURCHASE 888-369-6341 NV | | -19.47 | 591.55 |
| 1/28/2020 | INVOICEHOME.COM 01/27 PURCHASE HTTPSINVOICEH NV | | -5 | 586.55 |
| 1/29/2020 | PAYPAL *BECCACCIO95 EBA 01/27 PURCHASE 402-935-7733 CA | | -3.7 | 582.85 |
| 1/29/2020 | Zelle Transfer Conf# 5475c06ff; Grisaffi, Alexis | | -25 | 557.85 |
| 1/29/2020 | Monthly Maintenance Fee | *Bank fee* | (25) | 532.85 |
| 1/30/2020 | QT 990 OUTSIDE 01/30 PURCHASE ROWLETT TX | *Fuel* | -20.23 | 512.62 |

Bank Fee 25.00
64.00
93.00

END 512.62

JEROME A GRISAFFI | Account        3104 | December 28, 2019 to January 29, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

Bank of America, N.A. Member FDIC and [logo] Equal Housing Lender



BANK OF AMERICA

JEROME A GRISAFFI  |  Account  |  1104  |  December 28, 2019 to January 29, 2020

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 12/30/19 | Online Banking Transfer Conf# eb992df30; HEALTHTALK LIVE INC. HEALTHTALK LIVE INC | 1,000.00 |
| 01/08/20 | Zelle Transfer Conf# 005SOF2Z2; JEROME GRISAFFI | 1,620.00 |
| 01/08/20 | Zelle Transfer Conf# 005SOFZ98; JEROME GRISAFFI | 20.00 |
| 01/15/20 | Zelle Transfer Conf# T07HBVJ8P; PRESTON CHANEY | 100.00 |
| 01/15/20 | Zelle Transfer Conf# XXXXXXXXX; JASMINE GARCIA | 60.00 |
| 01/16/20 | Zelle Transfer Conf# XXXXXXXXX; JASMINE GARCIA | 40.00 |
| 01/17/20 | Zelle Transfer Conf# T07HNKDLZ; SANDI SITES | 60.00 |
| 01/27/20 | Counter Credit | 700.00 |

| Total deposits and other additions | $3,600.00 |
|---|---|

## Withdrawals and other subtractions

ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 12/30/19 | CHECKCARD 1227 ACE PARKING 3713 DALLAS     TX 24493989362400615000157 | -15.00 |
| 12/30/19 | CHECKCARD 1228 EMS* SECURE ONLINE ACC 888-369-6341 NV 24056689363017040123380 RECURRING | -19.47 |
| 12/30/19 | CHECKCARD 1228 DFW AIRPORT PARKING DFW AIRPORT TX 24692169362100189706464 | -2.00 |
| 12/30/19 | CHECKCARD 1230 7-ELEVEN RICHARDSON  TX | -35.06 |
| 12/31/19 | BKOFAMERICA ATM 12/31 #000001455 WITHDRWL ROCKWALL TOWN CE  ROCKWALL     TX | -40.00 |
| 12/31/19 | KROGER #0574  12/31 #000003781 PURCHASE 1950 N. GOLIAD ST  ROCKWALL     TX | -83.56 |
| 01/02/20 | CHECKCARD 1230 KFC G135696 ROWLETT     TX 24431069365400086000571 | -34.50 |
| 01/02/20 | OFFICE MAX/OFF 01/02 #000643936 PURCHASE OFFICE MAX/OFFI 2  ROCKWALL     TX | -23.80 |
| 01/02/20 | WAL Wal-Mart S 01/02 #000147346 PURCHASE 3530 WAL-5AM5     ROCKWALL (S) TX | -68.01 |
| 01/03/20 | CHECKCARD 0102 ROCKWALL COUNTY VC ROCKWALL     TX 24755420002150026318905 | -38.10 |

continued on the next page



# Help prevent fraud

Just a friendly reminder to make sure your contact information is up to date. It helps us reach you quickly if we detect suspicious activity. Simply sign in to Online Banking and go to Profile & Settings or use the Mobile Banking app.

**Is your contact info up to date?** Check now at **bankofamerica.com**

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.
Bank of America, N.A. Member FDIC

JEROME A GRISAFFI  |  Account #    3104  |  December 28, 2019 to January 29, 2020

## Withdrawals and other subtractions - continued

ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 01/06/20 | CHECKCARD 0104 APPLE.COM/BILL 866-712-7753 CA 24692160004100770597176 RECURRING | -4.32 |
| 01/06/20 | BKOFAMERICA ATM 01/04 #000002201 WITHDRWL NORTH ROCKWALL    ROCKWALL    TX | -20.00 |
| 01/06/20 | WALGREENS STOR 01/04 #000945299 PURCHASE WALGREENS STORE 8 ROWLETT        TX | -18.88 |
| 01/06/20 | CHECKCARD 0104 WAL Wal-Mart S ROWLETT    TX | -30.24 |
| 01/06/20 | CHECKCARD 0105 APPLE.COM/BILL 866-712-7753 CA 24692160005100621731270 RECURRING | -2.99 |
| 01/06/20 | CHECKCARD 0105 APPLE.COM/BILL 866-712-7753 CA 24692160005100779330057 RECURRING | -10.81 |
| 01/07/20 | RACETRAC 2420 01/06 #000551929 PURCHASE RACETRAC 2420      CARROLLTON  TX | -12.29 |
| 01/08/20 | QT 990 OUTSIDE 01/08 #000341868 PURCHASE QT 990 OUTSIDE      ROWLETT    TX | -25.07 |
| 01/08/20 | WAL Wal-Mart S 01/08 #000210394 PURCHASE 3530 WAL-SAMS      ROCKWALL (S) TX | -87.45 |
| 01/09/20 | CHECKCARD 0108 AT&T*BILL PAYMENT 800-331-0500 TX 24493980009812436235705 | -387.09 |
| 01/09/20 | CHECKCARD 0108 AMZN MKTP US*N17F61713 AMZN.COM/BILLWA 24431060008083346152466 | -50.87 |
| 01/09/20 | CHECKCARD 0109 Amazon Prime*M982K1C22 Amzn.com/billWA 24692160009100894883192 RECURRING | -14.06 |
| 01/10/20 | CHECKCARD 0108 JACK IN THE BOX 3744 DALLAS      TX 24692160009100166141527 | -5.81 |
| 01/10/20 | COSTCO GAS #10 01/10 #000519122 PURCHASE COSTCO GAS #1049 ROCKWAY        TX | -22.26 |
| 01/10/20 | COSTCO WHSE #1 01/10 #000448431 PURCHASE COSTCO WHSE #1049 ROCKWALL      TX | -53.33 |
| 01/10/20 | BROOKSHIRES 11 01/10 #000702954 PURCHASE BROOKSHIRES 11 80 ATHENS        TX | -52.30 |
| 01/13/20 | CHECKCARD 0110 TACO CABANA 20368 TERRELL    TX 24231680011400000331289 | -18.76 |
| 01/13/20 | CHECKCARD 0111 GOOGLE*GOOGLE STORAGE INTERNET    CA 24013080013060846053508 RECURRING | -2.09 |
| 01/13/20 | CHECKCARD 0111 KFC G135210 PALESTINE    TX 24431060012091179000201 | -25.25 |
| 01/13/20 | CHECKCARD 0111 WM SUPERCENTER PALESTINE TX | -34.12 |
| 01/13/20 | CHECKCARD 0112 WAL Wal-Mart S ROCKWALL    TX | -38.40 |
| 01/14/20 | CHECKCARD 0112 MR. D'S CANTON      TX 24427330013120001200085 | -25.00 |
| 01/15/20 | QT 963 OUTSIDE 01/15 #000971895 PURCHASE QT 963 OUTSIDE      MCKINNEY    TX | -20.01 |
| 01/15/20 | KROGER #0574 01/15 #000301300 PURCHASE 1950 N. GOLIAD ST ROCKWALL        TX | -51.91 |
| 01/16/20 | CHECKCARD 0115 QUOC- HUNG TRAN MD, PA DALLAS        TX 24245500015900014590655 | -150.00 |
| 01/17/20 | QT 990 OUTSIDE 01/17 #000169032 PURCHASE QT 990 OUTSIDE      ROWLETT    TX | -20.04 |
| 01/21/20 | QT 990 OUTSIDE 01/18 #000501697 PURCHASE QT 990 OUTSIDE      ROWLETT    TX | -20.03 |
| 01/21/20 | CHECKCARD 0121 Spotify USA 877-7781161 NY 24204290021000597003926 | -10.81 |
| 01/22/20 | CHECKCARD 0122 7-ELEVEN ROCKWALL    TX | -20.07 |
| 01/22/20 | CHECKCARD 0122 WAL Wal-Mart S ROCKWALL (S) TX | -28.38 |
| 01/23/20 | CHECKCARD 0123 7-ELEVEN 26771 DALLAS      TX | -22.00 |
| 01/27/20 | CHECKCARD 0124 WAL Wal-Mart S ROCKWALL (S) TX | -21.14 |

continued on the next page


**BANK OF AMERICA**

JEROME A GRISAFFI | Account 3104 | December 28, 2019 to January 29, 2020

## Withdrawals and other subtractions - continued

### ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 01/27/20 | RACETRAC 144 01/25 #000329496 PURCHASE RACETRAC 144 ROWLETT TX | -56.62 |
| 01/27/20 | CHECKCARD 0125 BUC-EE'S #35 TEMPLE TX | -30.01 |
| 01/27/20 | CHECKCARD 0126 TU *TRANSUNION 800-493-3292 CA 24692160026100027217127 RECURRING | -21.60 |
| 01/27/20 | USPS KIOSK 487 01/26 #000527193 PURCHASE USPS KIOSK 48771 ROCKWALL TX | -5.50 |
| 01/28/20 | CHECKCARD 0127 EMS* SECURE ONLINE ACC 888-369-6341 NV 24056680027017034583604 RECURRING | -19.47 |
| 01/28/20 | CHECKCARD 0127 INVOICEHOME.COM HTTPSINVOICEHNV 24492150027637389243540 | -5.00 |
| 01/29/20 | CHECKCARD 0127 PAYPAL *BECCACCIO95 EBA 402-935-7733 CA 24492150028852907339634 | -3.70 |
| **Total ATM and debit card subtractions** | | **-$1,807.18** |

### Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 12/30/19 | Zelle Transfer Conf# c33b4eb48; sites, sandi | -400.00 |
| 01/02/20 | Zelle Transfer Conf# 1e9eea961; Grisaffi, Alexis | -300.00 |
| 01/03/20 | Zelle Transfer Conf# e65e7071b; Jerry Grisaffi | -20.00 |
| 01/08/20 | Zelle Transfer Conf# 1d4786b08; DEAN | -639.00 |
| 01/09/20 | Zelle Transfer Conf# 51eaaa093; Grisaffi, Alexis | -30.00 |
| 01/29/20 | Zelle Transfer Conf# 5475c06ff; Grisaffi, Alexis | -25.00 |
| **Total other subtractions** | | **-$1,414.00** |

JEROME A GRISAFFI   |   Account #          | ‑104   |   December 28, 2019 to January 29, 2020

## Service fees

| Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below. | | |
|---|---|---|
| | Total for this period | Total year-to-date |
| Total Overdraft fees | $0.00 | $70.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft and returned Item fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Set up Overdraft Protection In Online Banking to avoid declined transactions and save on overdraft fees
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

| Date | Transaction description | Amount |
|---|---|---|
| 01/29/20 | Monthly Maintenance Fee | -25.00 |

**Total service fees**  **-$25.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

80783

JEROME GRISAFFI
AKA JERRY GRISAFFI
1115 SHORES BLVD
ROCKWALL TX 75087

Your *Comerica Access Checking*
statement

January 15, 2020 to February 13, 2020
Account number          0930

## Your account summary

| | |
|---|---|
| Beginning balance on January 15, 2020 | $30.60 |
| Plus deposits | |
| Electronic deposits | $2,053.80 |
| Less withdrawals | |
| ATM/Debit Card withdrawals | -$21.84 |
| Electronic (EFT) withdrawals | -$1,453.97 |
| Fees and service charges | -$68.00 |
| Ending balance on February 13, 2020 | $540.79 |

Call
(800) 925-2160
Hearing Impaired (TDD 800 822-6546)

Visit our web site
www.comerica.com

Write to us
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

**Important information**

**Thank you**

*Thank you for being a Comerica customer.*
*We value the trust and confidence that you*
*continue to place in us.*

Your *Comerica Access Checking* statement
January 15, 2020 to February 13, 2020

# Details of your *Comerica Access Checking* account: 930

## Electronic deposits this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Feb 12 | 2,053.80 | SSA Treas 310 Xxsoc Sec 021220 | 9488731608 |

Total Electronic Deposits: $2,053.80
Total number of Electronic Deposits: 1

## ATM/Debit Card transactions this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 16 | -21.64 | Experian Primeexperian* C 479-3436237 CA 8985 | 0M31747845 |

Total ATM/Debit Card Withdrawals: -$21.64
Total number of ATM/Debit Card Withdrawals: 1

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 17 | -300.94 | State Farm Ro 27 Sfpp | 9488854608 |
| Feb 12 | -800.00 | Zelle Jerome Grisaffi | 0Z9080DLO3 |
| Feb 13 | -353.03 | Att Payment 021120 | 8488658775 |

Total Electronic Withdrawals: -$1,453.97
Total number of Electronic Withdrawals: 3

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 21 | -38.00 | Fee - Overdraft | 9488854608 |
| Jan 27 | -6.00 | Continuous OD Fee | I-GEN11509 |
| Jan 28 | -6.00 | Continuous OD Fee | I-GEN11410 |
| Jan 29 | -6.00 | Continuous OD Fee | I-GEN10186 |
| Jan 30 | -6.00 | Continuous OD Fee | I-GEN10165 |
| Jan 31 | -6.00 | Continuous OD Fee | I-GEN12732 |

Total Fees and Service Charges: -$68.00
Total number of Fees and Service Charges: 6

## Aggregate Overdraft and Returned Item Fees

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $68.00 | $68.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Page 2 of 4

Your *Comerica Access Checking* statement
January 15, 2020 to February 13, 2020

## Comerica Access Checking: 0930

### $ Lowest daily balance

Your lowest daily balance this statement period was $-359.98
on January 31, 2020

Jan 31    512.62    — BOA
Jan 31- (359.98)    Comerica
—————————
          152.64

Your Comerica Access Checking statement
January 15, 2020 to February 13, 2020

## Comerica Access Checking:      )930

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**

**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you can why you believe it is an Error or why you need more information, and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shown on Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number, (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information, and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

 Equal Opportunity Lender  Rev. 05-17      Comerica      MEMBER FDIC
www.comerica.com                                                   Page 4 of 4

Summary

| Description | Amt. |
| --- | --- |
| Beginning balance as of 01/01/2020 | 583.94 |
| Total credits | 2,600.00 |
| Total debits | -2,671.32 |
| Ending balance as of 01/31/2020 | 512.62 |

| Date | Description | Amount Running |
| --- | --- | --- |
| 01/01/2020 | Beginning balance as of 01/01/2020 | Bal. |
| 01/02/2020 | KFC G135696 12/30 PURCHASE ROWLETT TX | -34.50 583.94 |
| 01/02/2020 | Zelle Transfer Conf# 1e9eea961; Grisaffi, Alexis | -300.00 549.44 |
| 01/02/2020 | OFFICE MAX/OFF 01/02 PURCHASE ROCKWALL TX | -23.80 249.44 |
| 01/02/2020 | WAL Wal-Mart S 01/02 PURCHASE ROCKWALL (S) TX | -68.01 225.64 |
| 01/03/2020 | ROCKWALL COUNTY VC 01/02 PURCHASE ROCKWALL TX | -38.10 157.63 |
| 01/03/2020 | Zelle Transfer Conf# e65e7071b; Jerry Grisaffi | -20.00 119.53 |
| 01/03/2020 | APPLE.COM/BILL 01/03 PURCHASE 866-712-7753 CA | -4.32 99.53 |
| 01/06/2020 | BKOFAMERICA ATM 01/04 #000000201 WITHDRWL NORTH ROCKWALL ROCKWALL TX | -20.00 95.21 |
| 01/06/2020 | WALGREENS STOR 01/04 PURCHASE ROWLETT TX | -18.88 75.21 |
| 01/06/2020 | WAL Wal-Mart S 01/04 PURCHASE ROWLETT TX | -30.24 56.33 |
| 01/06/2020 | APPLE.COM/BILL 01/05 PURCHASE 866-712-7753 CA | -2.99 26.09 |