Debtor:  Jerome Albert Grisaffi
Case No. 19-33855


# FEE APPLICATION COVER SHEET

**Interim / Final Fee Application of:**  Joyce W. Lindauer Attorney, PLLC

**Capacity:** Attorneys for Debtor    **Time Period:** 11/19/2019 to 4/16/2020

**Bankruptcy Petition Filed on:** 11/19/2019

**Date of Entry of Retention Order:** 1/10/2020   **Status of Case:** Converted to Ch.7

**Amount Requested:  Reductions:**

| | | |
|---|---|---|
| Fees: | $ 38,998.00 | Voluntary fee reductions: $ 5,665.00 |
| Expenses: | $ 2,604.87 | Expense reductions: $ |
| Other: | $ | **Total Reductions:** $ 5,665.00 |
| **Total:** | $ 41,602.87 | |

**Draw Down Request:**                    **Expense Detail:**

| | | |
|---|---|---|
| Retainer Received: | $ 11,717.00 | Copies - per page cost and total: $ .20 / 360.00 |
| Previous Draw Down(s): | $ 0 | Fax - per page cost and total: $ .50 / .50 |
| Remaining Retainer (now): | $ 11,717.00 | Computer Research: (Pacer) $ 5.20 |
| Requested Draw Down: | $ 11,717.00 | Other: See detailed $ |
| Retainer Remaining (after): | $ 0 | Other: exhibit $ |

**Hourly Rates**            **Attorney/Accountant**        **Paralegal/Clerical**

| | Attorney/Accountant | Paralegal/Clerical |
|---|---|---|
| Highest Billed Rate: | $ 395.00 | $ 125.00 |
| Total Hours Billed: | 91.4 | 3,691.82 |
| Blended Rate: | $ 301.91 | $ 124.22 |

Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **JEROME ALBERT GRISAFFI,** | § | **CASE NO. 19-33855-sgj** |
| | § | **Chapter 7** |
| Debtor. | § | |

## FIRST AND FINAL APPLICATION TO APPROVE PAYMENT OF FEES AND EXPENSES OF DEBTOR'S COUNSEL DURING CHAPTER 11 CASE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242 ON OR BEFORE JUNE 8, 2020, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel During Chapter 11 Case
Page 1

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Joyce W. Lindauer Attorney, PLLC, counsel for Debtor in the above-styled and numbered case and files this First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel During Chapter 11 Case and in support thereof respectfully shows the Court the following:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(2)(A) and 1334, and 11 U.S.C. §§ 331 and 330.

2.      On November 19, 2019 (the "Petition Date"), Debtor commenced this bankruptcy case (the "Bankruptcy Case") by filing his voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

3.      An order was entered authorizing the employment of Debtor's counsel.

4.      An order converting this case to Chapter 7 was entered on April 16, 2020.

5.      During the pendency of the Chapter 11 proceeding, Counsel provided legal services to the Debtor and incurred expenses since its employment totaling $41,602.87. The fees and expenses incurred for the services represent actual, necessary services rendered by Counsel for the benefit of the Debtor's estate and his creditors during the Chapter 11 proceeding.

6.      This Application covers the time period for Joyce W. Lindauer Attorney, PLLC from November 19, 2019 through April 16, 2020, plus limited time spent in preparation of this application. A detailed statement of the services performed by Joyce Lindauer and others who worked with her and for the Debtor and the estate during this period, together with the listing of persons who devoted time during this period, along with the billing rates of such individuals is attached hereto and incorporated as **<u>Exhibit "A".</u>** These statements show the date that services were rendered, the nature of the services rendered, by whom such services were rendered, and

First and Final Application to Approve Payment
<u>of Fees and Expenses of Debtor's Counsel During Chapter 11 Case</u>
Page 2

the time required for the performance of such services. During this period of time, Applicant has rendered professional services and incurred out-of-pocket expenses on behalf of the Debtor and the estate as follows:

|  | Hours Spent | Fees Billed | Expenses | Total |
|---|---|---|---|---|
| Attorneys and Staff | 91.4 | $38,998.00 | $2,604.87 | $41,602.87 |

This Application seeks approval of all fees for services rendered and reimbursement of expenses incurred during the periods stated herein. The expenses are also detailed in the exhibits attached hereto.

7.    The hourly rates specified in **Exhibit "A"** are reasonable, considering the nature of the services performed, and the experience of the persons rendering such service. Rates charged for expenses are reasonable, with photocopies at $.20 per copy, faxes at $.50 per page, and personal vehicle mileage at $0.580 per mile for 2019 and $0.575 for 2020, with all other expenses at their actual costs. Applicant was paid a retainer of $11,717.00 by Ken Dougherty for the benefit of the Debtor, and of this amount $1,751.34 was paid for filing fees. A voluntary discount of $5,665.00 was also applied.

## REQUEST FOR COMPENSATION

8.    Pursuant to the decisions of the United States Court of Appeals for the Fifth Circuit in In re First Colonial Corp., 554 F.2d 1291 (5th Cir. 1977), and Johnson v. Georgia Highway Express, Inc., 488 F.2d 741 (5th Cir. 1974), Applicant requests the Court consider the following factors in determining the amount of compensation as reasonable for Applicant's services in this case.

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel During Chapter 11 Case
Page 3

A.  Time and Labor Required:

The Applicant has expended 91.4 hours during the stated period in performing services for the Debtor and the estate in connection with these proceedings.  A significant amount of time in this case was spent responding to requests for documents and the taking of a deposition.  Also, time was spent working on matters related to the claims being made by creditor Rocky Mountain Brands.  Finally, a significant amount of time was spent in connection with the conversion hearing since this was done on the papers rather than in person.  Counsel would estimate this added twice as much time to this process and was caused by the movant wanting to move forward with conversion of the case during the Covid-19 pandemic. While the Debtor and his counsel agreed to this process it did cause a lot more time to be incurred in drafting documents for the contested conversion hearing.

B.  Novelty and Difficulty of Issues:

In the case, the work performed by the Applicant included, but was not limited to, assisting the Debtor in performing his duties, including working on the general administration of the case, preparing numerous pieces of correspondence, working on motions, defending Debtor in an adversary proceeding filed by Rocky Mountain High Brands, Inc. and defending Debtor in the state district court case filed by Rocky Mountain High Brands, Inc. which relates to the claims in the adversary proceeding.

C.  The Requisite Skill to Perform Services Properly:

Applicant has the skill to complete the required tasks. Applicant is an experienced bankruptcy attorney.  Joyce Lindauer has practiced in the area of bankruptcy law for over thirty-five years.

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel During Chapter 11 Case
Page 4

D.  Preclusion from Other Employment:

Applicant's work for the estate consumed a significant portion of Applicant's time, as more fully described in this Application.  The Applicant has been unable to specifically estimate the amount of business that it has been precluded from accepting because of its involvement in the case.

E.  Customary Fees:

The Applicant is applying for compensation for fees and expenses that reflect customary billing rates in matters of this kind.  The hourly rates charged for performing services are below the range of those customarily charged by many other law firms in the Dallas and Fort Worth metropolitan area and are below the rates being charged by many lawyers practicing bankruptcy law with far fewer years of experience.

F.  Fee Fixed or Contingent:

The fees for the Applicant's services were calculated on an hourly basis for actual time spent on the cases.

G.  Time Limitations Imposed by the Client and Other Circumstances:

There were no significant time limitations imposed in this case.

H.  Experience, Reputation and Ability:

Applicant has worked in the area of bankruptcy law for many years and has extensive experience in this area.  The above analysis and the narrative entries in **Exhibit "A"** demonstrate the services rendered by Applicant for the Debtor and the estate for which compensation is appropriate.

WHEREFORE, PREMISES CONSIDERED, the Applicant, Joyce W. Lindauer Attorney, PLLC, respectfully requests this Honorable Court to allow this Application in the sum

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel During Chapter 11 Case
Page 5

of $41,602.87 in compensation for professional fees and expenses in connection with these proceedings during the Chapter 11 proceeding as an allowed administrative claim in this estate pursuant to 11 U.S.C. § 503(b)(1)(A) and §507(a)(1), less the retainer received and voluntary discount applied for a net allowance of $24,220.87, and that Applicant have such other and further relief, in law or equity, to which it may show itself justly entitled.

Dated: May 20, 2020.

Respectfully submitted,

_/s/ Joyce W. Lindauer_
Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2020, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

_/s/ Joyce W. Lindauer_
Joyce W. Lindauer

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel During Chapter 11 Case
Page 6

Label Matrix for local noticing
0539-3
Case 19-33855-sgj7
Northern District of Texas
Dallas
Wed May 20 10:54:21 CDT 2020

Rocky Mountain High Brands, Inc.
William L. Siegel
Cowles & Thompson. P.C.
901 Main St., Suite 3900
Dallas, TX 75202-3793

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Bank of America
Bankruptcy Services
95 James Way Ste. 113
Southampton, PA 18966-3847

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Blake Norvell
Law Office of Blake C. Norvell
37 Cypress Point Street
Abilene, TX 79606-5130

Capital One
P O Box 650007
Dallas, TX 75265-0007

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Fortiva
PO Box 105555
Atlanta, GA 30348-5555

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242-1100

LSW Holdings
4880 Route 32
Catskill, NY 12414-5502

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lily Li
4880 Route 32
Catskill, NY 12414-5502

Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Quik Trip
PO Box 3475
Tulsa, OK 74101-3475

Rocky Mountain High Brands, Inc.
Cowles & Thompson, P.C.
Attn: Bill Siegel
901 Main Street, Suite 3900
Dallas, TX 75202-3793

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

The Bank of Missouri
PO Box 105555
Atlanta, GA 30348-5555

U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Diane G. Reed
501 N. College Street
Waxahachie, TX 75165-3361

Guy H. Holman
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, TX 75230-2163

Jeffery M. Veteto
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Ste. 625
Dallas, TX 75230-2163

Jerome Albert Grisaffi
1115 Shores Blvd.
Rockwall, TX 75087-2379

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
PO Box 30943
Salt Lake City, UT 84130-9343

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528

End of Label Matrix
Mailable recipients    33
Bypassed recipients     0
Total                  33

**EXHIBIT "A"**
FEE APPLICATION DATA AND SUMMARIES
5/4/2020

| I. GENERAL INFORMATION | |
|---|---|
| Debtor/Client | Jerome Albert Grisaffi |
| Case Number | 19-33855-SGJ |
| District / Division | Northern / Dallas |
| Fee Application Type (interim/final) | First and Final |
| Interim Fee Application Number (if applicable) | n/a |
| Date of Retention | 11/19/2019 |
| Date of Order Granting Application to Employ | 1/10/2020 |
| Time Period Covered | 11/19/2019 to 4/16/2020 |
| Applicant | Joyce W. Lindauer Attorney, PLLC |
| Capacity | Debtor's Attorney |

| II. CASE HISTORY | |
|---|---|
| Date Filed | 11/19/2019 |
| Chapter Under Which Case Was Commenced | Chapter 11 |
| Date Converted to Chapter 7 | 4/16/2020 |

| III. FEE SUMMARY | |
|---|---|
| Gross Time | $38,998.00 |
| Gross Expenses | $2,604.87 |
| Subtotal - Gross Fees | $41,602.87 |
| Less Voluntary Fee Reductions | $5,665.00 |
| Less Voluntary Expense Reductions | $0.00 |
| Less Total Fees Allowed to Date | $0.00 |
| Less Total Retainer (if applicable) | $11,717.00 |
| Less Total Holdback (if applicable) | $0.00 |
| Less Other Amount Received by Applicant | $0.00 |
| Net Amount Requested | $24,220.87 |

| IV. EXPENSE SUMMARY | Rate | Charge |
|---|---|---|
| Expense Reimbursement | Actual Cost | $81.30 |
| Faxes - Fee per Page | $0.50 | $0.50 |
| Fees, Filing | Actual Cost | $1,751.34 |
| Pacer | Actual Cost | $5.20 |
| Parking | Actual Cost | $30.00 |
| Photocopies - Fee per Page | $0.20 | $360.00 |
| Postage | Actual Cost | $83.85 |
| Transcript | Actual Cost | $250.00 |
| Vehicle Use - Fee per Mile (2019 IRS rate) | $0.580 | $15.08 |
| Vehicle Use - Fee per Mile (2020 IRS rate) | $0.575 | $27.60 |
| | Total: | $2,604.87 |

| V. AVERAGE HOURLY RATES | Attorney / Accountant | Paralegal / Clerical |
|---|---|---|
| Highest Rate | $395 | $125 |
| Lowest Rate | $205 | $95 |
| Gross Fees Charges | $27,595.00 | $11,403.00 |
| Gross Hours Billed | 91.4 | 91.8 |
| Average Rate | $301.91 | $124.22 |

| VI. PERSONS PROVIDING SERVICE | | Attorney Rate | Non-Attorney Rate |
|---|---|---|---|
| Joyce W. Lindauer | Attorney | $395 | |
| Jeff Veteto | Associate Attorney | $250 | |
| Guy Holman | Associate Attorney | $205 | |
| Lawrence Boyd | Law Clerk | | $125 |
| Dian Gwinnup | Paralegal | | $125 |
| David Lindauer | Analyst | | $95 |

| VII. ACTIVITY SUMMARY | | Time (Hours) |
|---|---|---|
| 2004 Exam / Deposition | | 26.4 |
| Appeal/Reconsideration | | 4.2 |
| Case Administration | | 16.5 |
| Claim Issues | | 8.1 |
| Conversion | | 41.5 |
| Creditors Meeting | | 2.8 |
| Debtor Interview | | 2.2 |
| Discovery | | 22.7 |
| Dismissal (adversary) | | 6.2 |
| Employment Matters | | 1.7 |
| Litigation / Adversary Matters | | 28.2 |
| Monthly Operating Reports | | 2.3 |
| Petition / Initial Filing | | 2.1 |
| Plan and Disclosure Statement | | 10.2 |
| Schedules and Statement of Affairs | | 5.9 |
| Status Conference/Report | | 0.2 |
| Stay Issues | | 1.8 |
| Tax Issues | | 0.2 |
| | Total: | 183.2 |

| VIII. EXPENSE DETAIL | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Quantity | Price | Charge | Discount | Trans Date | Activity | Description |
| | 1 | $0.50 | $0.50 | | 11/19/2019 | Facsimile | |
| | 1 | $1,717.00 | $1,717.00 | | 11/19/2019 | Filing Fee | Chapter 11 voluntary petition. |
| | 33 | $0.20 | $6.60 | | 12/2/2019 | Photocopies | |
| | 5 | $0.20 | $1.00 | | 12/5/2019 | Photocopies | |
| | 1 | $31.00 | $31.00 | | 12/6/2019 | Filing Fee | Matrix |
| | 1 | $3.34 | $3.34 | | 12/6/2019 | Filing Fee | |
| | 21 | $0.20 | $4.20 | | 12/10/2019 | Photocopies | |
| | 21 | $0.65 | $13.65 | | 12/10/2019 | Postage | |

Attorney Fee Application Data and Summaries

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 19 | $0.20 | $3.80 | | 12/17/2019 | Photocopies | |
| | 120 | $0.20 | $24.00 | | 12/17/2019 | Photocopies | |
| | 3 | $0.20 | $0.60 | | 12/17/2019 | Photocopies | |
| | 20 | $0.65 | $13.00 | | 12/18/2019 | Postage | |
| | 26 | $0.580 | $15.08 | | 12/27/2019 | Vehicle Mileage | Holman |
| | 1 | $1.80 | $1.80 | | 12/31/2019 | Pacer | Pacer fees, November-December |
| | 54 | $0.20 | $10.80 | | 12/31/2019 | Photocopies | |
| | 1 | $10.00 | $10.00 | | 1/2/2020 | Parking | Holman |
| | 24 | $0.575 | $13.80 | | 1/2/2020 | Vehicle Mileage | Holman |
| | 1 | $0.50 | $0.50 | | 1/3/2020 | Postage | |
| | 4 | $0.20 | $0.80 | | 1/6/2020 | Photocopies | |
| | 420 | $0.20 | $84.00 | | 1/6/2020 | Photocopies | |
| | 5 | $3.02 | $15.10 | | 1/7/2020 | Expense Reimbursement | Exhibit binders. |
| | 5 | $3.24 | $16.20 | | 1/7/2020 | Expense Reimbursement | Index divider tabs. |
| | 30 | $0.20 | $6.00 | | 1/7/2020 | Photocopies | |
| | 6 | $0.20 | $1.20 | | 1/8/2020 | Photocopies | |
| | 3 | $0.20 | $0.60 | | 1/9/2020 | Photocopies | |
| | 4 | $0.20 | $0.80 | | 1/9/2020 | Photocopies | |
| | 1 | $6.80 | $6.80 | | 1/9/2020 | Postage | |
| | 1 | $250.00 | $250.00 | | 1/20/2020 | Transcript | IRS transcripts. |
| | 1 | $20.00 | $20.00 | | 2/14/2020 | Parking | Holman |
| | 24 | $0.575 | $13.80 | | 2/14/2020 | Vehicle Mileage | Holman |
| | 16 | $0.20 | $3.20 | | 3/17/2020 | Photocopies | |
| | 1 | $7.80 | $7.80 | | 3/18/2020 | Postage | |
| | 1 | $0.50 | $0.50 | | 3/20/2020 | Postage | |
| | 1 | $50.00 | $50.00 | | 3/25/2020 | Expense Reimbursement | IRS |
| | 90 | $0.20 | $18.00 | | 3/30/2020 | Photocopies | |
| | 1 | $3.40 | $3.40 | | 3/31/2020 | Pacer | Pacer Charges, First Quarter |
| | 466 | $0.20 | $93.20 | | 4/8/2020 | Photocopies | |
| | 46 | $0.20 | $9.20 | | 4/8/2020 | Photocopies | |
| | 168 | $0.20 | $33.60 | | 4/8/2020 | Photocopies | |
| | 40 | $0.20 | $8.00 | | 4/8/2020 | Photocopies | |
| | 6 | $1.80 | $10.80 | | 4/8/2020 | Postage | |
| | 20 | $0.50 | $10.00 | | 4/8/2020 | Postage | |
| | 6 | $1.80 | $10.80 | | 4/8/2020 | Postage | |
| | 20 | $0.50 | $10.00 | | 4/8/2020 | Postage | |
| | 212 | $0.20 | $42.40 | | 4/9/2020 | Photocopies | |
| | 20 | $0.20 | $4.00 | | 4/10/2020 | Photocopies | |
| | 20 | $0.20 | $4.00 | | 4/10/2020 | Photocopies | |
| **Subtotal - Expenses** | | | **$2,604.87** | **$0.00** | | | |

## IX. ACTIVITY DETAIL

| Timekeeper | Hours | Rate | | | Charge | Discount | Trans Date | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 2.40 | $125.00 | | | $300.00 | | 11/19/2019 | Appeal / Reconsideration | Review information received from Client and prepare petition, creditor matrix and related documents (1.5);  file case (0.3); prepare and send Notice of Bankruptcy case filing to Counsel for Rocky Mountain Brands (0.3);  prepare and file suggestion of Bankruptcy for filing in District Court case and 5th Court of Appeals case (0.3) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 11/19/2019 | Petition - Initial Filing | Work on court filings. |
| Joyce W. Lindauer | 1.60 | $395.00 | | | $632.00 | | 11/19/2019 | Petition - Initial Filing | Meet with client re: filing Chapter 11 (1.3), work on filings and notices to courts (.3). |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 0.10 | $395.00 | | | $39.50 | | 11/20/2019 | Case Administration | Work on meeting. |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 12/2/2019 | Schedules & SoFA | Work on Schedules and Statement of Financial Affairs and forward to Client for review |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 12/3/2019 | Schedules & SoFA | Revise Schedules and forward to Client for review |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 12/3/2019 | Schedules & SoFA | Prepare and file Motion to Extend Deadline to file Schedules and related documents |
| Joyce W. Lindauer | 0.60 | $395.00 | | | $237.00 | | 12/4/2019 | Deposition / 2004 Exam | Work on 2004 Exam (0.3); work on Lift Stay (.3) |
| Larry Boyd | 0.60 | $125.00 | | | $75.00 | | 12/5/2019 | Discovery | Developed RFP Checklist |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 12/5/2019 | Litigation Activities | Prepare and file suggestion of Bankruptcy for filing in Rockwall County Lawsuit |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 12/6/2019 | Case Administration | Meet with Jerry Grisaffi re: pending matters. |
| Larry Boyd | 2.60 | $125.00 | | | $325.00 | $175.00 | 12/6/2019 | Discovery | Attended meeting with Client and followed up with recording of his response to Rocky Mountain High RFP for documents. |
| Dian Gwinnup | 1.20 | $125.00 | | | $150.00 | | 12/6/2019 | Schedules & SoFA | Revise and file Schedules, Statement of Financial Affairs, Amended list of 20 largest unsecured creditors, amended matrix, and declaration regarding same |
| Larry Boyd | 6.50 | $125.00 | | | $812.50 | $437.50 | 12/9/2019 | Discovery | Copied and rearranged production for RFP; drafted RFP response to items 1-46. |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 12/10/2019 | Creditors Meeting | Serve 341 Notice (0.3);  prepare and file Certificate of Service regarding same (0.2) |
| Larry Boyd | 8.70 | $125.00 | | | $1,087.50 | $587.50 | 12/10/2019 | Deposition / 2004 Exam | Created 6 Exhibit Binders containing Exhibits A-J;  copied and inserted documents into  Exhibit binders; drafted Response to Motion for 2004 Examination;  drafted Response to RFD. |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 12/10/2019 | Schedules & SoFA | Work on schedules and statement of financial affairs. |
| Larry Boyd | 2.70 | $125.00 | | | $337.50 | | 12/11/2019 | Deposition / 2004 Exam | Redrafted part of Motion for 2004 Examination; Split the Objection and Response into 2 separate responses and added Certs for Service |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 12/11/2019 | Employment Activities | Email with client and submit Statement regarding employee income records |
| Larry Boyd | 0.30 | $125.00 | | | $37.50 | | 12/12/2019 | Deposition / 2004 Exam | Email to Joyce Lindauer regarding production needed from Client to permit filing of Response to RFP |
| Larry Boyd | 0.20 | $125.00 | | | $25.00 | | 12/13/2019 | Deposition / 2004 Exam | Emailed Client to inform him of needed document production |
| Larry Boyd | 1.00 | $125.00 | | | $125.00 | | 12/16/2019 | Discovery | Met with Client to receive follow up documents for ROG/RFPs; Modified RFP with information provided by Client |
| Larry Boyd | 0.60 | $125.00 | | | $75.00 | | 12/17/2019 | Discovery | Modified RFP with information provided by Client; retrieved copy of RMHB State Court Judgment to include as exhibit |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | | 12/17/2019 | Employment Activities | Prepare Application to Employ Counsel, affidavits in support, and order granting same (0.6);  file and serve same (0.4) |
| Larry Boyd | 1.60 | $125.00 | | | $200.00 | | 12/18/2019 | Litigation Activities | Organize responsive documents and insert into exhibit binders |

| Name | Hours | Rate | | | Amount | Amount 2 | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 12/20/2019 | Deposition / 2004 Exam | Review, revise and file Objection to Motion for 2004 Examination and request for Production of Documents |
| Larry Boyd | 3.30 | $125.00 | | | $412.50 | $225.00 | 12/20/2019 | Litigation Activities | Re-drafted RFP Responses to remove Objections, renumbered / reordered exhibits |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 12/26/2019 | Debtor Interview | Telephone conversation with Client and bank representative regarding opening DIP account (0.1); email with Client regarding attendance at Initial Debtor Interview (0.1) |
| Guy Holman | 2.00 | $205.00 | | | $410.00 | | 12/27/2019 | Debtor Interview | Initial Debtor's Interview - 1100 Commerce |
| Joyce W. Lindauer | 2.00 | $395.00 | | | $790.00 | | 12/30/2019 | Creditors Meeting | Attend 341 meeting |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 12/30/2019 | Case Administration | Forward proof of insurance, 2018 tax return, updated bank designation form to US Trustee |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 12/30/2019 | Schedules & SoFA | Work on Schedules and Statement of Financial Affairs amendments |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 12/31/2019 | Claim Issues and Objections | Look at derivative claims and action |
| Joyce W. Lindauer | 1.00 | $395.00 | | | $395.00 | | 12/31/2019 | Claim Issues and Objections | Meet regarding claims |
| Guy Holman | 1.60 | $205.00 | | | $328.00 | | 12/31/2019 | Deposition / 2004 Exam | 2004 Exam Preparation; 2004 Exam Prep |
| Jeff Veteto | 0.20 | $250.00 | | | $50.00 | | 12/31/2019 | Litigation Activities | Pull case information on lawsuit |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 12/31/2019 | Schedules & SoFA | Work on amendments to Schedules and Documents Production |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 12/31/2019 | Schedules & SoFA | Work on lawsuit against David Seeberger |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 1/2/2020 | Discovery | Work on document production |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 1/2/2020 | Discovery | Work on Subpoena for documents |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 1/2/2020 | Plan and Disclosure Statement | Work on Disclosures and Schedule Amendments |
| Guy Holman | 1.80 | $205.00 | | | $369.00 | | 1/2/2020 | Stay Issues | Hearing Lift Stay @ 1100 Commerce |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/3/2020 | Deposition / 2004 Exam | Prepare and file witness and exhibit list for January 8 hearing |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/3/2020 | Schedules & SoFA | Work on revisions to statement of Financial Affairs |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/6/2020 | Case Administration | Prepare and file witness and exhibit list for January 9 hearing |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/6/2020 | Deposition / 2004 Exam | Gather exhibits for January 8 hearing |
| Guy Holman | 5.10 | $205.00 | | | $1,045.50 | $533.00 | 1/6/2020 | Discovery | Incorporate new responses/ production into RFP; created new exhibits; reordered Exhibit numbers and reproduced the RFP response. |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 1/7/2020 | Deposition / 2004 Exam | Prepare for 2004 hearing |
| Guy Holman | 4.50 | $205.00 | | | $922.50 | $307.50 | 1/7/2020 | Discovery | Prepared; Bates Stamped; scanned all exhibits and created Drop Box folder for them; modified RFP response. |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/7/2020 | Employment Activities | Prepare and file Certificate of No Objection regarding Application to Employ Joyce Lindauer and upload proposed order granting same |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | | 1/7/2020 | Schedules & SoFA | Revise Schedules and Statement of Financial Affairs |
| Guy Holman | 2.40 | $205.00 | | | $492.00 | | 1/8/2020 | Case Administration | Telcon with Joyce Lindauer and Opposing Counsel regarding content of Exhibits and missing content (0.3); Telcon to Client to request bank statements; drafted subpoena to bank for such statements; transmitted to Joyce Lindauer for signature (2.1) |
| Joyce W. Lindauer | 1.60 | $395.00 | | | $632.00 | | 1/8/2020 | Deposition / 2004 Exam | Work on 2004 request (.3), agreed order regarding same (1.3). |

Attorney Fee Application Data and Summaries

| Name | Hours | Rate | | | Amount | | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 1/8/2020 | Deposition / 2004 Exam | Attend hearing on 2004 exam order. |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/8/2020 | Schedules & SoFA | Finalize and file Amended Schedules A/B, C, G, Amended Statement of Financial Affairs, Amended Attorney Compensation Disclosure, and Declaration regarding same |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 1/8/2020 | Schedules & SoFA | Work on amending schedules and SOFA. |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 1/9/2020 | Case Administration | Revise and serve subpoena to Comerica Bank |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 1/9/2020 | Employment Activities | Work on employment. |
| Guy Holman | 0.10 | $205.00 | | | $20.50 | | 1/9/2020 | Litigation Activities | Modified subpoena and transmission to Dian Gwinnup for filing |
| Guy Holman | 0.20 | $205.00 | | | $41.00 | | 1/10/2020 | Appeal / Reconsideration | Received Agreed Motion for Reinstatement of State Court Action Abated by 5th District Court of Appeals |
| Jeff Veteto | 2.00 | $250.00 | | | $500.00 | | 1/13/2020 | Claim Issues and Objections | Review and revise Objections and responses to Rocky Mountain High Brand's requests for production, including cursory review of documents being produced (1.8); finalize for service (0.2) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/13/2020 | Discovery | Finalize Objections and Responses to request for production and serve same via DropBox |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 1/13/2020 | Discovery | Work on delivery of document |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 1/13/2020 | Discovery | Work on document production |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 1/22/2020 | MOR & Other Operating Reports | File Operating Report for December 2019 |
| Dian Gwinnup | 0.80 | $125.00 | | | $100.00 | | 1/23/2020 | MOR & Other Operating Reports | Review of December 2019 operating report and email to Client regarding corrections needed |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 1/26/2020 | MOR & Other Operating Reports | File operating report for November -December 2019 |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 2/4/2020 | Tax Issues | Work on tax return issues. |
| Larry Boyd | 0.60 | $125.00 | | | $75.00 | | 2/7/2020 | Deposition / 2004 Exam | Deposition |
| Guy Holman | 3.40 | $205.00 | | | $697.00 | | 2/7/2020 | Deposition / 2004 Exam | Work on deposition |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 2/12/2020 | Litigation Activities | Forward additional documents to Counsel for Rocky Mountain High Brands |
| Guy Holman | 0.20 | $205.00 | | | $41.00 | | 2/13/2020 | Case Administration | Email to Client |
| Guy Holman | 4.80 | $205.00 | | | $984.00 | $266.50 | 2/14/2020 | Deposition / 2004 Exam | Deposition - 2004 Examine - 901 Main |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 2/20/2020 | MOR & Other Operating Reports | File operating report for January 2020 |
| Guy Holman | 0.10 | $205.00 | | | $20.50 | | 2/24/2020 | Litigation Activities | Respond to inquiry regarding Grisaffi's alleged failure to list causes of actions |
| Joyce W. Lindauer | 1.50 | $395.00 | | | $592.50 | | 3/12/2020 | Litigation Activities | Attend Client meeting regarding pending litigation matters |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 3/12/2020 | Litigation Activities | Email to Bill Sigel regarding remand |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 3/12/2020 | Litigation Activities | Exchange emails with Bill Siegel |
| Larry Boyd | 3.40 | $125.00 | | | $425.00 | | 3/13/2020 | Conversion | Response to RMHB Motion for Entry of Order Directing Appointment of Chapter 11 Trustee or Conversion to Chapter 7 |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 3/13/2020 | Litigation Activities | Work on entry of state court judgment |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 3/16/2020 | Case Administration | Work on bankruptcy deadlines. |
| Larry Boyd | 8.90 | $125.00 | | | $1,112.50 | $550.00 | 3/16/2020 | Conversion | Response to RMHB Motion for Entry of Order Directing Appointment of Chapter 11 Trustee of Conversion to Chapter 7. |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 3/16/2020 | Litigation Activities | Work on pending matters in state court and bankruptcy court. |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 3/17/2020 | Conversion | Finalize and file objection to motion for appointment of a Trustee or to convert to Chapter 7 |

Attorney Fee Application Data and Summaries

| Name | Hours | Rate | | | Amount | | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|---|
| Larry Boyd | 4.20 | $125.00 | | | $525.00 | | 3/17/2020 | Conversion | Response to RMHB Motion for Entry of Order Directing Appointment of Chapter 11 Trustee of Conversion to Chapter 7 |
| Joyce W. Lindauer | 1.20 | $395.00 | | | $474.00 | | 3/17/2020 | Conversion | Work on response to motion to appoint trustee. |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 3/17/2020 | Dismissal (adversary) | Finalize and file motion to dismiss adversary proceeding |
| Guy Holman | 5.40 | $205.00 | | | $1,107.00 | $594.50 | 3/17/2020 | Dismissal (adversary) | Draft Motion to Dismiss. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 3/17/2020 | Litigation Activities | Rocky Mountain Adversary: Review docket for date client was served and calendar answer deadline |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 3/17/2020 | Litigation Activities | Prepare motion to extend exclusivity and order granting same |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 3/17/2020 | Litigation Activities | Work on motion to dismiss adversary case. |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 3/17/2020 | Plan and Disclosure Statement | Work on plan. |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 3/18/2020 | Case Administration | Work on motion to set hearing by phone and declarations. |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 3/18/2020 | Claim Issues and Objections | Finalize, file and serve objection to proof of claim filed by Rocky Mountain High Brands |
| Guy Holman | 4.20 | $205.00 | | | $861.00 | $451.00 | 3/18/2020 | Claim Issues and Objections | Work on Proof of Claim Objection Draft Order |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 3/18/2020 | Conversion | Finalize and file objection to supplement to motion to appoint a trustee or convert case to Chapter 7 |
| Larry Boyd | 2.90 | $125.00 | | | $362.50 | | 3/18/2020 | Conversion | Rssp and Objection to Support to RMHB Motion to Convert or Appoint Trustee |
| Joyce W. Lindauer | 1.00 | $395.00 | | | $395.00 | | 3/18/2020 | Conversion | Work on response to motion to appoint or convert. |
| Dave Lindauer | 0.30 | $95.00 | | | $28.50 | | 3/18/2020 | Creditors Meeting | Prepare chart of creditors |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 3/18/2020 | Dismissal (adversary) | Emails with Court regarding hearing on Motion to Dismiss adversary case (0.2); prepare and file notice of hearing regarding same (0.3) |
| Dian Gwinnup | 1.50 | $125.00 | | | $187.50 | | 3/18/2020 | Plan and Disclosure Statement | Revise and file Plan and Disclosure Statement and forward courtesy copies of same to Court |
| Joyce W. Lindauer | 4.50 | $395.00 | | | $1,777.50 | $987.50 | 3/18/2020 | Plan and Disclosure Statement | Work on plan and disclosure statement. |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 3/19/2020 | Litigation Activities | Rocky Mountain Adversary: Work on Objection to Plaintiff's election of remedies |
| Larry Boyd | 0.60 | $125.00 | | | $75.00 | | 3/19/2020 | Litigation Activities | Objection to Revised Election of Remedies Motion |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 3/19/2020 | Litigation Activities | Work on objection in state court. |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 3/20/2020 | MOR & Other Operating Reports | Email to Client regarding status of operating report |
| Guy Holman | 1.70 | $205.00 | | | $348.50 | | 3/23/2020 | Case Administration | Work on Rule 7026 research |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 3/23/2020 | Conversion | Work on declarations for conversion to Chapter 7 or appointment of trustee. |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 3/23/2020 | Litigation Activities | Work on disclosures and scheduling order. |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 3/23/2020 | Litigation Activities | Work on adversary suit. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 3/23/2020 | MOR & Other Operating Reports | Review operating report and email to Client regarding missing pages |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 3/24/2020 | Case Administration | Review continuance. |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 3/24/2020 | Litigation Activities | Finalize and file motion to continue trial setting |
| Guy Holman | 2.90 | $205.00 | | | $594.50 | | 3/24/2020 | Litigation Activities | Pre-trial conference with opposing counsel; Review revised pre-trial proposed order |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 3/24/2020 | Litigation Activities | Attend conference call regarding pending matters and Rule 26 disclosures. |

| Name | Hours | Rate | | Amount | | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 0.20 | $395.00 | | $79.00 | | 3/25/2020 | Case Administration | Work on scheduling order and deadlines. |
| Joyce W. Lindauer | 0.30 | $395.00 | | $118.50 | | 3/25/2020 | Case Administration | Work on trial date. |
| Joyce W. Lindauer | 0.20 | $395.00 | | $79.00 | | 3/25/2020 | Case Administration | Work on continued scheduling order. |
| Dian Gwinnup | 0.20 | $125.00 | | $25.00 | | 3/25/2020 | MOR & Other Operating Reports | File operating report for February 2020 |
| Joyce W. Lindauer | 0.30 | $395.00 | | $118.50 | | 3/26/2020 | Case Administration | Work on trial scheduling. |
| Joyce W. Lindauer | 0.30 | $395.00 | | $118.50 | | 3/26/2020 | Conversion | Work on pending matters regarding motion to convert. |
| Larry Boyd | 3.50 | $125.00 | | $437.50 | $187.50 | 3/27/2020 | Conversion | Draft Declaration in search of Objection and Response to Motion Appoint Trustee or to Convert. |
| Dian Gwinnup | 0.40 | $125.00 | | $50.00 | | 3/27/2020 | MOR & Other Operating Reports | Review Court's docket and calendar regarding status conference on April 3 |
| Guy Holman | 2.70 | $205.00 | | $553.50 | | 3/30/2020 | Case Administration | Review remand order for non-compliance with COA |
| Joyce W. Lindauer | 0.20 | $395.00 | | $79.00 | | 3/30/2020 | Case Administration | Call with Blake Norvell re: mandamus, etc. |
| Larry Boyd | 3.70 | $125.00 | | $462.50 | $212.50 | 3/30/2020 | Conversion | Complete Declaration in search of Objection and Response to Motion Appoint /Convert. |
| Larry Boyd | 3.20 | $125.00 | | $400.00 | $150.00 | 3/30/2020 | Conversion | Revise Declaration in search of Objection and Response to Motion to Appoint /Convert with Joyce Lindauer inputs; telcon with Client regarding needed documentation |
| Joyce W. Lindauer | 0.50 | $395.00 | | $197.50 | | 3/30/2020 | Litigation Activities | Work on filing in state court (.2) and state court response regarding appeal (.3). |
| Joyce W. Lindauer | 0.30 | $395.00 | | $118.50 | | 3/30/2020 | Litigation Activities | Work on pending matters. |
| Joyce W. Lindauer | 1.30 | $395.00 | | $513.50 | | 3/30/2020 | Litigation Activities | Work on declaration and pending litigation. |
| Joyce W. Lindauer | 1.20 | $395.00 | | $474.00 | | 3/30/2020 | Litigation Activities | Continued work on declaration for court. |
| Joyce W. Lindauer | 0.30 | $395.00 | | $118.50 | | 3/30/2020 | Litigation Activities | Work on state court lawsuit. |
| Joyce W. Lindauer | 0.30 | $395.00 | | $118.50 | | 3/30/2020 | Petition - Initial Filing | Work on bankruptcy filings. |
| Dian Gwinnup | 0.20 | $125.00 | | $25.00 | | 3/31/2020 | Case Administration | Rocky Mountain Adversary: Finalize and submit proposed order continuing trial setting for entry by Court |
| Joyce W. Lindauer | 0.30 | $395.00 | | $118.50 | | 3/31/2020 | Case Administration | Work on scheduling order. |
| Joyce W. Lindauer | 0.30 | $395.00 | | $118.50 | | 3/31/2020 | Litigation Activities | Work on pleadings in state court. |
| Joyce W. Lindauer | 0.30 | $395.00 | | $118.50 | | 3/31/2020 | Litigation Activities | Work on state court documents. |
| Joyce W. Lindauer | 0.50 | $395.00 | | $197.50 | | 4/1/2020 | Case Administration | Work on declaration due today for Trustee request. |
| Joyce W. Lindauer | 0.30 | $395.00 | | $118.50 | | 4/2/2020 | Case Administration | Work on scheduling order. |
| Dian Gwinnup | 0.50 | $125.00 | | $62.50 | | 4/2/2020 | Conversion | Rocky Mountain State Court Lawsuit: Finalize and file Motion to Clarify Judgment as to Jerry Grisaffi |
| Dian Gwinnup | 0.30 | $125.00 | | $37.50 | | 4/2/2020 | Conversion | Rocky Mountain Adversary: Revise order continuing trial and submit to Court for entry |
| Joyce W. Lindauer | 0.20 | $395.00 | | $79.00 | | 4/2/2020 | Status Conference / Report | Work on status hearing. |
| Joyce W. Lindauer | 1.00 | $395.00 | | $395.00 | | 4/3/2020 | Litigation Activities | Attend court hearing in state court. |
| Dian Gwinnup | 0.30 | $125.00 | | $37.50 | | 4/7/2020 | Appeal / Reconsideration | Rocky Mountain State Court Lawsuit: Telephone conversation with Clerk at the 5th Court of Appeals regarding obtaining transcript of November 6, 2019 oral argument |
| Joyce W. Lindauer | 1.00 | $395.00 | | $395.00 | | 4/7/2020 | Appeal / Reconsideration | Review oral arguments for court of appeals in Dallas. |
| Joyce W. Lindauer | 1.00 | $395.00 | | $395.00 | | 4/7/2020 | Litigation Activities | Review and work on stipulated facts. |
| Joyce W. Lindauer | 0.30 | $395.00 | | $118.50 | | 4/7/2020 | Litigation Activities | Work on judgment. |
| Joyce W. Lindauer | 0.30 | $395.00 | | $118.50 | | 4/7/2020 | Litigation Activities | Work on revising judgments. |

Attorney Fee Application Data and Summaries

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | 4/7/2020 Plan and Disclosure Statement | Email with Court regarding Disclosure Statement hearing date, prepare and submit for entry the order and notice of hearing on same (0.3); prepare service list for Disclosure Statement hearing (0.3) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | 4/8/2020 Appeal / Reconsideration | Rocky Mountain Appeal: Email to Court Reporter with audio file of November 6, 2019 hearing and transcription needed |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | 4/8/2020 Litigation Activities | Work on statement of facts and judgments. |
| Joyce W. Lindauer | 0.40 | $395.00 | | | $158.00 | 4/8/2020 Litigation Activities | Work on reply filed by counsel for Rocky Mountain High. |
| Joyce W. Lindauer | 1.50 | $395.00 | | | $592.50 | 4/8/2020 Litigation Activities | Work on motion to enter judgment. |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | 4/8/2020 Plan and Disclosure Statement | Prepare and file Notice of Hearing on Disclosure Statement (0.3); serve plan, Disclosure Statement, order setting hearing and Notice of Hearing (0.4) |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | 4/9/2020 Litigation Activities | Rocky Mountain Adversary: Gather exhibits for April 13 hearing (0.2); arrange telephonic appearance at same (0.2) |
| Joyce W. Lindauer | 1.00 | $395.00 | | | $395.00 | 4/9/2020 Litigation Activities | Work on pleadings in state court, judgment and record. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | 4/9/2020 Plan and Disclosure Statement | Rocky Mountain High Adversary: Review scheduling order and update calendar |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | 4/10/2020 Case Administration | Work on bankruptcy hearing. |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | 4/10/2020 Conversion | Finalize and file declaration in support of objection to Motion to Appoint Trustee or convert case to Chapter 7 |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | 4/10/2020 Litigation Activities | Rocky Mountain High Adversary: File motion to enter judgment |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | 4/10/2020 Litigation Activities | Work on state court pleadings. |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | 4/11/2020 Case Administration | Work on Rule 26 disclosures. |
| Dian Gwinnup | 0.80 | $125.00 | | | $100.00 | 4/11/2020 Conversion | State Court Lawsuit: Work on and file letter to Judge Smith |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | 4/11/2020 Litigation Activities | Work on motion to enter judgment. |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | 4/11/2020 Plan and Disclosure Statement | Rocky Mountain High Adversary: Work on initial Disclosures |
| Joyce W. Lindauer | 1.50 | $395.00 | | | $592.50 | 4/12/2020 Conversion | Prepare for hearing on April 13th. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | 4/12/2020 Plan and Disclosure Statement | Rocky Mountain High Adversary: Finalize and serve initial Disclosures |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | 4/13/2020 Conversion | Prepare for hearing on motion to convert or appoint trustee. |
| Joyce W. Lindauer | 2.30 | $395.00 | | | $908.50 | 4/13/2020 Conversion | Attend hearing in bankruptcy court over Court Call. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | 4/13/2020 Plan and Disclosure Statement | Rocky Mountain High Adversary: Revise and serve initial Disclosure |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | 4/13/2020 Plan and Disclosure Statement | State Court Lawsuit: Refile letter to Judge Smith at Court's direction |
| Larry Boyd | 2.20 | $125.00 | | | $275.00 | 4/14/2020 Conversion | Reviewed Conversion Order IRT evidence on record to support |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | 4/14/2020 Litigation Activities | Rocky Mountain High Brands District Court: Telephone conversation with Court to schedule hearing on Motion to Enter Final Judgement, prepare and file Notice of Hearing on same |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | 4/14/2020 Litigation Activities | Call regarding fraud on court in Rocky Mountain case. |

| Name | Hours | Rate | | | Amount | | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 4/14/2020 | Plan and Disclosure Statement | Rocky Mountain High Brands District Court: Email to Court Report regarding corrections needed to transcript of 11/6/2019 hearing |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 4/16/2020 | Plan and Disclosure Statement | Prepare and file certificate of service of disclosure statement hearing (.3); prepare and file withdrawal of plan and disclosure statement following conversion of case to Chapter 7 (.3). |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 4/16/2020 | Schedules & SoFA | Work on amending schedules. |
| Dave Lindauer | 0.40 | $95.00 | | | $38.00 | | 4/29/2020 | Case Administration | Compile data for fee exhibit |
| Dave Lindauer | 0.20 | $95.00 | | | $19.00 | | 5/4/2020 | Case Administration | Prepare Northern District Cover Sheet |
| Dave Lindauer | 1.50 | $95.00 | | | $142.50 | | 5/4/2020 | Case Administration | Prepare fee exhibit A |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 5/5/2020 | Case Administration | Draft fee motion and related documents |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 5/6/2020 | Case Administration | Review and revise draft fee application |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 5/6/2020 | Case Administration | Finalize, file and serve fee application and related documents |
| **Subtotal - Time** | **183.2** | | | | **$ 38,998.00** | **$ 5,665.00** | | | |

Attorney Fee Application Data and Summaries