# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

**Case No.:** 19-33855-SGJ-7  
**Case Name:** GRISAFFI, JEROME ALBERT  
**For Period Ending:** 01/17/2023

**Trustee Name:** (631510) Diane G. Reed  
**Date Filed (f) or Converted (c):** 04/16/2020 (c)  
**§ 341(a) Meeting Date:** 06/02/2020  
**Claims Bar Date:** 06/30/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2013 Jaguar XF, 62,000 miles | 12,000.00 | 0.00 | | 0.00 | FA |
| 2 | HP Computer HP Printer Apple iPhone iPad | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Collectibles of value (u) | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Golf Clubs | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Firearms<br>Smith & Wesson .357 ($750.00; Glock 40 gauge ($750.00) | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. Men's Clothing, Shoes and Accessories | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Pet Boxer Dog | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account: Bank of America Checking account ending 3104 (u) | 368.17 | 0.00 | | 0.00 | FA |
| 10 | Checking account: Comerica Bank Checking account ending 0930 (u) | 811.73 | 0.00 | | 0.00 | FA |
| 11 | Other financial account: Wilson Davis - Other financial account | 110.00 | 0.00 | | 0.00 | FA |
| 12 | Other financial account: TD Ameritrade - Other financial account | 114.00 | 0.00 | | 0.00 | FA |
| 13 | Other financial account: TD Ameritrade - Other financial account | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Right on Brands 2 Million shares | 200.00 | 0.00 | | 0.00 | FA |
| 15 | IMHC 34,000 shares | 200.00 | 0.00 | | 0.00 | FA |
| 16 | Nonpublic stock and businesses: Land and Estate Venture Company LLC | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Rocky Mountain High Brands Personal money put into the company and wages owed subject to lawsuit and disputed by Rocky Mountain High Brands | 500,000.00 | 500,000.00 | | 0.00 | FA |
| 18 | Dispute with Rocky Mountain High Brands and pending appeal | Unknown | 0.00 | | 0.00 | FA |
| 19 | Other contingent and unliquidated claims | Unknown | 0.00 | | 0.00 | FA |
| 20 | Note with MDM Energy Convertible at $.01 $90,000 plus interest | 90,000.00 | 87,523.90 | | 50,000.00 | 334,861.48 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 19-33855-SGJ-7 | Trustee Name: | (631510) Diane G. Reed |
|---|---|---|---|
| Case Name: | GRISAFFI, JEROME ALBERT | Date Filed (f) or Converted (c): | 04/16/2020 (c) |
| | | § 341(a) Meeting Date: | 06/02/2020 |
| For Period Ending: | 01/17/2023 | Claims Bar Date: | 06/30/2020 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | Desk & Chair Home office supplies | 200.00 | 0.00 | | 0.00 | FA |
| 22 | Dennis Dooley owes Debtor $9,000 (not collectible) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Ben Dougherty owes Debtor $5,000. Collectibility is unknown. (u) | 0.00 | 0.00 | | 0.00 | FA |
| 24* | Loan from Debtor to open brokerage account (u) (See Footnote) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 25* | Payment from R&E reimbursement of bank fees (u) (See Footnote) | 5.00 | 5.00 | | 5.00 | FA |
| 25 | **Assets Totals** (Excluding unknown values) | **$610,378.90** | **$589,528.90** | | **$52,005.00** | **$334,861.48** |

RE PROP# 24     Loan from Debtor to open brokerage account; reimburse debtor when sale proceeds are received.

RE PROP# 25     Payment from R&E for reimbursement of $5.00 bank fee.

**Major Activities Affecting Case Closing:**

1/17/23 -- This case was commenced by the filing of a voluntary Chapter 11 petition on November 19, 2019, and was converted to a case under Chapter 7 on April 16, 2020. The meeting of creditors was held on June 2, 2020, and continued and concluded on June 30, 2020. The trustee has employed the law firm of Reed & Elmquist, P.C. to investigate the assets, liabilities and financial affairs of the debtor and to assist the trustee in liquidating assets of the debtor's estate. The assets of the debtor's estate include a certain promissory note (the "MDMP Note") in the principal sum of $90,000.00 payable to the debtor by MDMP Permian, Inc. ("MDMP"). The MDMP Note is convertible into MDMP common stock at a conversion rate of $0.01 per share. On July 19, 2021, the MDMP Note was converted into 10,963,700 shares of MDMP common stock (the "MDMP Stock"). With the approval of the bankruptcy court, the trustee has employed Glendale Securities, Inc. ("Glendale") to sell the MDMP Stock. The Trustee intends to sell all of the MDMP Stock in order to pay allowed administrative expense claims and most, if not all, of the allowed priority claim of the Internal Revenue Service. Through December 31, 2022, the Trustee has sold approximately two million shares of the MDMP Stock and has received gross proceeds of approximately $73,000.00. Some of these proceeds have been remitted to the Trustee and the balance of the sale proceeds are in the Trustee's brokerage account at Glendale. After the MDMP Stock is fully liquidated, the Trustee will proceed to close this case. The trustee is currently holding $31,677.61 in this case.

**Initial Projected Date Of Final Report (TFR):**     04/30/2021        **Current Projected Date Of Final Report (TFR):**     04/28/2023

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 3

| | |
|---|---|
| **Case No.:** 19-33855-SGJ-7 | **Trustee Name:** (631510) Diane G. Reed |
| **Case Name:** GRISAFFI, JEROME ALBERT | **Date Filed (f) or Converted (c):** 04/16/2020 (c) |
| | **§ 341(a) Meeting Date:** 06/02/2020 |
| **For Period Ending:** 01/17/2023 | **Claims Bar Date:** 06/30/2020 |

01/17/2023 /s/Diane G. Reed
Date Diane G. Reed