Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JEROME ALBERT GRISAFFI, | § § | CASE NO. 19-33855-sgj7 |
| DEBTOR. | § § | |

## CERTIFICATE OF NO OBJECTION

I hereby certify that on May 22, 2024, I filed the *Motion to Approve Sale of Publicly Traded Stock, Combined with Brief in Support* (Dkt. No. 182, the "Motion"), which contained twenty-one (21) day negative notice language. The deadline to object to the Motion was June 12, 2024. As of today's date, no responses or objections to the Motion have been filed.

DATED: June 13, 2024.

Respectfully submitted,

**Quilling, Selander, Lownds,
  Winslett & Moser, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

By: */s/ Kenneth A. Hill*
    Kenneth A. Hill
    Texas Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE