Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 19-33855 | | | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|---|---|
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | | | Date Filed (f) or Converted (c): | 04/16/2020 (c) |
| For the Period Ending: | 06/30/2024 | | | §341(a) Meeting Date: | 06/02/2020 |
| | | | | Claims Bar Date: | 10/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2013 Jaguar XF, 62,000 miles | $12,000.00 | $0.00 | | $0.00 | FA |
| 2 | HP Computer HP Printer Apple iPhone iPad | $1,500.00 | $0.00 | | $0.00 | FA |
| 3 | Collectibles of value (u) | $250.00 | $0.00 | | $0.00 | FA |
| 4 | Golf Clubs | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Firearms | $1,500.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. Men's Clothing, Shoes and Accessories | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Pet Boxer Dog | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Cash | $20.00 | $0.00 | | $0.00 | FA |
| 9 | Checking account: Bank of America Checking account ending 3104 (u) | $368.17 | $0.00 | | $0.00 | FA |
| 10 | Checking account: Comerica Bank Checking account ending 0930 (u) | $811.73 | $0.00 | | $0.00 | FA |
| 11 | Other financial account: Wilson Davis - Other financial account | $110.00 | $0.00 | | $0.00 | FA |
| 12 | Other financial account: TD Ameritrade - Other financial account | $114.00 | $0.00 | | $0.00 | FA |
| 13 | Other financial account: TD Ameritrade - Other financial account | $100.00 | $0.00 | | $0.00 | FA |
| 14 | Right on Brands 2 Million shares | $200.00 | $0.00 | | $0.00 | FA |
| 15 | IMHC 34,000 shares | $200.00 | $0.00 | | $0.00 | FA |
| 16 | Nonpublic stock and businesses: Land and Estate Venture Company LLC | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Rocky Mountain High Brands Personal money put into the company and wages owed subject to lawsuit and disputed by Rocky Mountain High Brands | $500,000.00 | $0.00 | | $0.00 | FA |
| 18 | Dispute with Rocky Mountain High Brands and pending appeal | Unknown | $0.00 | | $0.00 | FA |
| 19 | Other contingent and unliquidated claims (malpractice claim) | Unknown | $0.00 | | $20,000.00 | FA |

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 19-33855 | | | Trustee Name: | Areya Holder Aurzada |
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | | | Date Filed (f) or Converted (c): | 04/16/2020 (c) |
| For the Period Ending: | 06/30/2024 | | | §341(a) Meeting Date: | 06/02/2020 |
| | | | | Claims Bar Date: | 10/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20  Note with MDM Energy Convertible at $.01 $90,000 plus interest/converted to shares of MDMP, Inc. common stock (8,158,321 shares of MDMP, Inc. common stock remaining to be sold) | $90,000.00 | $87,523.90 | | $90,821.02 | FA |
| 21  Desk & Chair Home office supplies | $200.00 | $0.00 | | $0.00 | FA |
| 22  Dennis Dooley owes Debtor $9,000 (not collectible) (u) | $0.00 | $0.00 | | $0.00 | FA |
| 23  Ben Dougherty owes Debtor $5,000. Collectibility is unknown. (u) | $0.00 | $0.00 | | $0.00 | FA |
| 24  Loan from Debtor to open brokerage account (u) | $2,000.00 | $2,000.00 | | $2,000.00 | FA |
| 25  Payment from R&E reimbursement of bank fees (u) | $5.00 | $5.00 | | $5.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                         **Gross Value of Remaining Assets**

| | $610,378.90 | $89,528.90 | | $112,826.02 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

07/09/2024    The Trustee recently sold the remaining stock that could be administered, and the Trustee anticipates the bankruptcy estate's final tax return and final fee applications will be filed within the next 60 days.

11/9/23 -- This case was commenced by the filing of a voluntary Chapter 11 petition on November 19, 2019, and was converted to a case under Chapter 7 on April 16, 2020. The trustee is currently holding $71,906.87 in her account for this case. The meeting of creditors was held on June 2, 2020, and continued and concluded on June 30, 2020. The trustee has employed the law firm of Reed & Elmquist, P.C. to investigate the assets, liabilities and financial affairs of the debtor, and to assist the trustee in liquidating the assets of the debtor's estate. The assets of the debtor's estate include a promissory note (the "MDMP Note") in the principal sum of $90,000 payable to the debtor by MDM Permian, Inc. ("MDMP"). On July 19, 2021, the MDMP Note was converted into 10,963,700 shares of MDMP common stock at a conversion rate of $0.01 per share, and these shares were issued to the trustee. The trustee opened a brokerage account with Glendale Securities, Inc. to sell the trustee's shares, which are traded on the OTC market. Thus far the trustee has sold 2,805,379 shares and has received from Glendale approximately $90,821 in net sale proceeds. The remainder of the MDMP shares (approximately 8,158,000) will be sold once the market price of the MDMP stock rises to a level that, in the trustee's opinion, justifies the sale of the remaining shares. The current market price of the MDMP Stock is $.013 per share. On October 24, 2023, the trustee filed a motion to sell to the debtor an alleged malpractice claim for $20,000 cash. The objection deadline is November 17.

| Initial Projected Date Of Final Report (TFR): | 06/15/2025 | Current Projected Date Of Final Report (TFR): | | /s/ AREYA HOLDER AURZADA |
|---|---|---|---|---|
| | | | | AREYA HOLDER AURZADA |