Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75201
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JEROME ALBERT GRISAFFI | § | CASE NO. 19-33855-SGJ |
| | § | |
| DEBTOR | § | Chapter 11 |

### OBJECTION TO TRUSTEE'S FINAL REPORT (TFR)

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

COMES NOW Joyce W. Lindauer, counsel for Debtor in the above-titled and -numbered case ("Counsel"), and files this her *Objection to Trustee's Final Report* ("TFR") and would respectfully show the Court as follows:

1. On July 1, 2020, this Court entered its *Order Approving Amended First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel during Chapter 11 Case*. (Dkt. No. 107). A copy of that Order is attached hereto as **Exhibit "A."**

2. On December 20, 2024, Trustee filed the TFR in this case (Dkt. No. 203).

3. Nowhere in the TFR is Counsel's administrative expense claim addressed in the TFR. Counsel asserts that funds exist that would ensure payment of the aforementioned administrative expense claim consisting of her fees and expenses in this case. To the extent that the TFR ignores or omits such administrative expense claim, Counsel objects to the TFR.

**WHEREFORE, PREMISES CONSIDERED**, Counsel respectfully requests the Court to enter an Order requiring the Trustee to amend her Final Report to address the omission of

Counsel's administrative expense claim, and to ensure that payment of said claim shall be made as appropriate. Counsel further requests that the Court grant to her any such other and further relief to which she may show herself justly entitled.

Dated: December 23, 2024

                                             Respectfully Submitted,

                                             */s/ Joyce W. Lindauer*
                                             Joyce W. Lindauer
                                             State Bar No. 21555700
                                             Joyce W. Lindauer Attorney, PLLC
                                             1412 Main Street, Suite 500
                                             Dallas, TX 75201
                                             Telephone: (972) 503-4033
                                             Facsimile: (972) 503-4034
                                             ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2024, a true and correct copy of the foregoing document was forwarded via the Court's ECF email system to those persons receiving electronic notice in this case.

                                             */s/ Joyce W. Lindauer*
                                             Joyce W. Lindauer



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 30, 2020

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JEROME ALBERT GRISAFFI, | § | CASE NO. 19-33855-sgj |
| | § | Chapter 7 |
| Debtor. | § | |

### ORDER APPROVING AMENDED FIRST AND FINAL APPLICATION TO APPROVE PAYMENT OF FEES AND EXPENSES OF DEBTOR'S COUNSEL DURING CHAPTER 11 CASE

Came on for consideration the Amended First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel During Chapter 11 Case (the "Application").

The Court finds that appropriate and adequate notice of the hearing and opportunity to object to the Application have been provided to the Debtor, the United States Trustee, creditors and parties-in-interest in accordance with 11 U.S.C. § 102 and Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**EXHIBIT "A"**

After considering the evidence presented and the arguments of counsel, the Court finds and concludes that the fees sought and expenses incurred by Joyce W. Lindauer Attorney, PLLC, counsel for the Debtor, were reasonable and necessary to the administration of this case, and that the relief requested in the Application should be and hereby is granted. It is therefore;

**ORDERED** that the Application is granted; and it is further

**ORDERED** that Joyce W. Lindauer Attorney, PLLC is awarded compensation and reimbursement of expenses for the period of November 19, 2019 through April 16, 2020, in the aggregate amount of $41,602.87, which consists of $38,998.00 as compensation for services rendered and $2,604.87 in expenses incurred (less the retainer received of $11,717.00 and a voluntary reduction of $5,665.00) as an allowed administrative expense claim in this estate for a net allowance due from Debtor and estate of $24,220.87; and it is further

**ORDERED** that Joyce W. Lindauer Attorney, PLLC is hereby authorized to draw down its retainer in the amount of $11,717.00.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Attorneys for Debtor