**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 3:19-bk-33855 |
| | § | |
| JEROME ALBERT GRISAFFI | § | |
| | § | |
| | § | |
| Debtor | § | |

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>11</u> of the United States Bankruptcy Code was filed on <u>11/19/2019</u>. The case was converted to one under Chapter 7 on 04/16/2020. The undersigned trustee was appointed on <u>02/27/2024</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $166,293.97

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $93,252.78 |
    | Bank service fees | $1,130.06 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $71,911.13 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/26/2020 and the deadline for filing government claims was 10/13/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,564.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,564.70, for a total compensation of $11,564.70[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $16.48, for total expenses of $16.48.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/30/2024         By:  /s/ Areya Holder Aurzada
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 19-33855-sgj7 | Trustee Name: | Areya Holder Aurzada |
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | Date Filed (f) or Converted (c): | 04/16/2020 (c) |
| For the Period Ending: | 12/30/2024 | §341(a) Meeting Date: | 06/02/2020 |
| | | Claims Bar Date: | 10/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2013 Jaguar XF, 62,000 miles | $12,000.00 | $0.00 | | $0.00 | FA |
| 2 | HP Computer HP Printer Apple iPhone iPad | $1,500.00 | $0.00 | | $0.00 | FA |
| 3 | Collectibles of value (u) | $250.00 | $0.00 | | $0.00 | FA |
| 4 | Golf Clubs | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Firearms | $1,500.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. Men's Clothing, Shoes and Accessories | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Pet Boxer Dog | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Cash | $20.00 | $0.00 | | $0.00 | FA |
| 9 | Checking account: Bank of America Checking account ending 3104 (u) | $368.17 | $0.00 | | $0.00 | FA |
| 10 | Checking account: Comerica Bank Checking account ending 0930 (u) | $811.73 | $0.00 | | $0.00 | FA |
| 11 | Other financial account: Wilson Davis - Other financial account | $110.00 | $0.00 | | $0.00 | FA |
| 12 | Other financial account: TD Ameritrade - Other financial account | $114.00 | $0.00 | | $0.00 | FA |
| 13 | Other financial account: TD Ameritrade - Other financial account | $100.00 | $0.00 | | $0.00 | FA |
| 14 | Right on Brands 2 Million shares | $200.00 | $0.00 | | $0.00 | FA |
| 15 | IMHC 34,000 shares | $200.00 | $0.00 | | $0.00 | FA |
| 16 | Nonpublic stock and businesses: Land and Estate Venture Company LLC | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Rocky Mountain High Brands Personal money put into the company and wages owed subject to lawsuit and disputed by Rocky Mountain High Brands | $500,000.00 | $0.00 | | $0.00 | FA |
| 18 | Dispute with Rocky Mountain High Brands and pending appeal | Unknown | $0.00 | | $0.00 | FA |
| 19 | Other contingent and unliquidated claims (malpractice claim) | Unknown | $0.00 | | $20,000.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2　　Exhibit A

| Case No.: | 19-33855-sgj7 | Trustee Name: | Areya Holder Aurzada |
| --- | --- | --- | --- |
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | Date Filed (f) or Converted (c): | 04/16/2020 (c) |
| For the Period Ending: | 12/30/2024 | §341(a) Meeting Date: | 06/02/2020 |
|  |  | Claims Bar Date: | 10/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20　Note with MDM Energy Convertible at $.01 $90,000 plus interest/converted to shares of MDMP, Inc. common stock (8,158,321 shares of MDMP, Inc. common stock remaining to be sold) | $90,000.00 | $87,523.90 |  | $144,288.97 | FA |
| 21　Desk & Chair Home office supplies | $200.00 | $0.00 |  | $0.00 | FA |
| 22　Dennis Dooley owes Debtor $9,000 (not collectible)　(u) | $0.00 | $0.00 |  | $0.00 | FA |
| 23　Ben Dougherty owes Debtor $5,000. Collectibility is unknown.　(u) | $0.00 | $0.00 |  | $0.00 | FA |
| 24　Loan from Debtor to open brokerage account　(u) | $2,000.00 | $2,000.00 |  | $2,000.00 | FA |
| 25　Payment from R&E reimbursement of bank fees　(u) | $5.00 | $5.00 |  | $5.00 | FA |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
|  | $610,378.90 | $89,528.90 |  | $166,293.97 | $0.00 |

**Major Activities affecting case closing:**

07/09/2024　The Trustee recently sold the remaining stock that could be administered, and the Trustee anticipates the bankruptcy estate's final tax return and final fee applications will be filed within the next 60 days.

11/9/23 -- This case was commenced by the filing of a voluntary Chapter 11 petition on November 19, 2019, and was converted to a case under Chapter 7 on April 16, 2020. The trustee is currently holding $71,906.87 in her account for this case. The meeting of creditors was held on June 2, 2020, and continued and concluded on June 30, 2020. The trustee has employed the law firm of Reed & Elmquist, P.C. to investigate the assets, liabilities and financial affairs of the debtor, and to assist the trustee in liquidating the assets of the debtor's estate. The assets of the debtor's estate include a promissory note (the "MDMP Note") in the principal sum of $90,000 payable to the debtor by MDM Permian, Inc. ("MDMP"). On July 19, 2021, the MDMP Note was converted into 10,963,700 shares of MDMP common stock at a conversion rate of $0.01 per share, and these shares were issued to the trustee. The trustee opened a brokerage account with Glendale Securities, Inc. to sell the trustee's shares, which are traded on the OTC market. Thus far the trustee has sold 2,805,379 shares and has received from Glendale approximately $90,821 in net sale proceeds. The remainder of the MDMP shares (approximately 8,158,000) will be sold once the market price of the MDMP stock rises to a level that, in the trustee's opinion, justifies the sale of the remaining shares. The current market price of the MDMP Stock is $.013 per share. On October 24, 2023, the trustee filed a motion to sell to the debtor an alleged malpractice claim for $20,000 cash. The objection deadline is November 17.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit A

| Case No.: | 19-33855-sgj7 | Trustee Name: | Areya Holder Aurzada |
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | Date Filed (f) or Converted (c): | 04/16/2020 (c) |
| For the Period Ending: | 12/30/2024 | §341(a) Meeting Date: | 06/02/2020 |
| | | Claims Bar Date: | 10/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR): 06/15/2025     Current Projected Date Of Final Report (TFR):

/s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA

**FORM 2**      Page No: 1      Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 19-33855-sgj7 | **Trustee Name:** Areya Holder Aurzada |
| **Case Name:** | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | **Bank Name:** Metropolitan Commercial Bank |
| **Primary Taxpayer ID #:** | **-***9371 | **Checking Acct #:** ******7851 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Checking |
| **For Period Beginning:** | 11/19/2019 | **Blanket bond (per case limit):** $300,000.00 |
| **For Period Ending:** | 12/30/2024 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 11/19/2019 to 12/30/2024**      **For the entire history of the account between 07/13/2021 to 12/30/2024**

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 19-33855-sgj7 | Trustee Name: | Areya Holder Aurzada |
| --- | --- | --- | --- |
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | Bank Name: | Metropolitan Commercial Bank |
| Primary Taxpayer ID #: | **-***9371 | Checking Acct #: | ******8430 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/19/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 12/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2022 | (24) | JEROME ALBERT GRISAFFI | WIRE FROM JEROME A GRISAFFI -- loan to open brokerage account | 1280-000 | $2,000.00 | | $2,000.00 |
| 03/31/2022 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $5.00 | $1,995.00 |
| 04/08/2022 | (25) | Reed & Elmquist, P.C. | Payment from R&E reimbursement of $5.00 bank fee | 1280-000 | $5.00 | | $2,000.00 |
| 04/08/2022 | 101 | Wilson-Davis & Co., Inc. | Issue check to open account per 3/4/22 Order (Doc 140). Account #18004770. | 2990-003 | | ($1,995.00) | $3,995.00 |
| 04/08/2022 | 101 | Wilson-Davis & Co., Inc. | Issue check to open account per 3/4/22 Order (Doc 140). Account #18004770. | 2990-000 | | $1,995.00 | $2,000.00 |
| 04/08/2022 | 102 | Wilson-Davis & Co., Inc. | Issue check to open account per 3/4/22 Order (Doc 140). Account #18004770. | 2990-000 | | $2,000.00 | $0.00 |

| | | | |
| --- | --- | --- | --- |
| **TOTALS:** | | $2,005.00 | $2,005.00 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| **Subtotal** | | $2,005.00 | $2,005.00 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| **Net** | | $2,005.00 | $2,005.00 | |

| For the period of 11/19/2019 to 12/30/2024 | | For the entire history of the account between 03/01/2022 to 12/30/2024 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $2,005.00 | Total Compensable Receipts: | $2,005.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,005.00 | Total Comp/Non Comp Receipts: | $2,005.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,005.00 | Total Compensable Disbursements: | $2,005.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,005.00 | Total Comp/Non Comp Disbursements: | $2,005.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-33855-sgj7 | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | Bank Name: | Metropolitan Commercial Bank |
| Primary Taxpayer ID #: | **-***9371 | Checking Acct #: | ******0730 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/19/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 12/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/06/2022 | (20) | Wilson-Davis & Co. | Proceeds from sale of MDMP stock per Order dated 6/15/22 ECF 146 | 1129-000 | $50,000.00 | | $50,000.00 |
| 12/06/2022 | 10001 | JEROME ALBERT GRISAFFI | Return funds loaned by Debtor (per 3/4/22 Order Doc. 140) | 2690-000 | | $2,000.00 | $48,000.00 |
| 12/30/2022 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $62.39 | $47,937.61 |
| 01/05/2023 | 10002 | Bryan R. Clark | Pay Special Counsel's fees per 1/5/23 Order, Doc. 160. | 3210-000 | | $16,260.00 | $31,677.61 |
| 01/31/2023 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $75.00 | $31,602.61 |
| 02/28/2023 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $47.27 | $31,555.34 |
| 03/31/2023 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $52.25 | $31,503.09 |
| 04/28/2023 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $47.12 | $31,455.97 |
| 05/31/2023 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $55.45 | $31,400.52 |
| 06/30/2023 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $50.32 | $31,350.20 |
| 07/31/2023 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $48.56 | $31,301.64 |
| 08/31/2023 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $55.18 | $31,246.46 |
| 09/27/2023 | (20) | Wilson-Davis & Co. | Sale of MDMP stock per Order dated 6/15/22 ECF 146 | 1129-000 | $40,821.02 | | $72,067.48 |
| 09/29/2023 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $48.40 | $72,019.08 |
| 10/31/2023 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $112.21 | $71,906.87 |
| 11/30/2023 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $115.24 | $71,791.63 |
| 12/12/2023 | (19) | Jerome Grisaffi | Wire from Debtor for purchase of claim vs. Seeberger Per Order dated 11/29/2023 ECF 168 | 1129-000 | $20,000.00 | | $91,791.63 |
| 12/29/2023 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $129.39 | $91,662.24 |
| 01/31/2024 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $161.19 | $91,501.05 |
| 02/02/2024 | 10003 | REED & ELMQUIST, P.C. | Pay attorney's fees per 2/2/24 Order, Doc. 174. | 3110-000 | | $69,255.00 | $22,246.05 |
| 02/02/2024 | 10004 | REED & ELMQUIST, P.C. | Pay attorney's expenses per 2/2/24 Order, Doc. 174. | 3120-000 | | $523.28 | $21,722.77 |
| 02/29/2024 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | $55.86 | $21,666.91 |
| 03/14/2024 | | Metropolitan Commercial Bank | Bank Service fees | 2600-000 | | $9.23 | $21,657.68 |
| 03/14/2024 | | Areya Holder Aurzada | Transfer of funds to successor trustee | 9999-000 | | $21,657.68 | $0.00 |

SUBTOTALS    $110,821.02    $110,821.02

Page No: 4     Exhibit B

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 19-33855-sgj7 | |
| **Case Name:** | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | |
| **Primary Taxpayer ID #:** | **-***9371 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/19/2019 | |
| **For Period Ending:** | 12/30/2024 | |

| | |
|---|---|
| **Trustee Name:** | Areya Holder Aurzada |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Checking Acct #:** | ******0730 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $110,821.02 | $110,821.02 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $21,657.68 | |
| | | | **Subtotal** | | $110,821.02 | $89,163.34 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $110,821.02 | $89,163.34 | |

**For the period of 11/19/2019 to 12/30/2024**

| | |
|---|---:|
| Total Compensable Receipts: | $110,821.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $110,821.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $89,163.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $89,163.34 |
| Total Internal/Transfer Disbursements: | $21,657.68 |

**For the entire history of the account between 12/06/2022 to 12/30/2024**

| | |
|---|---:|
| Total Compensable Receipts: | $110,821.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $110,821.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $89,163.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $89,163.34 |
| Total Internal/Transfer Disbursements: | $21,657.68 |

FORM 2

Page No: 5    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-33855-sgj7 | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9371 | Checking Acct #: | ******0042 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/19/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 12/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2024 | | Metropolitan Commercial Bank | Funds transferred from Prior Trustee | 9999-000 | $21,657.68 | | $21,657.68 |
| 05/30/2024 | 5001 | Sheldon Levy | Payment of Bankruptcy Estate Accounting Fees per Court Order entered on 3/14/2024 | 3420-000 | | $3,097.50 | $18,560.18 |
| 05/30/2024 | 5002 | Sheldon Levy | Payment of Bankruptcy Estate Accounting Expenses per Court Order entered on 3/14/2024 | 3410-000 | | $117.00 | $18,443.18 |
| 07/18/2024 | (20) | Wilson-Davis & Co. | Funds received from sale of MDM Permian stock pursuant to Sale Order entered on 6/17/2024 | 1129-000 | $53,467.95 | | $71,911.13 |
| | | | **TOTALS:** | | $75,125.63 | $3,214.50 | $71,911.13 |
| | | | Less: Bank transfers/CDs | | $21,657.68 | $0.00 | |
| | | | **Subtotal** | | $53,467.95 | $3,214.50 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $53,467.95 | $3,214.50 | |

| For the period of 11/19/2019 to 12/30/2024 | | For the entire history of the account between 03/08/2024 to 12/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $53,467.95 | Total Compensable Receipts: | $53,467.95 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $53,467.95 | Total Comp/Non Comp Receipts: | $53,467.95 |
| Total Internal/Transfer Receipts: | $21,657.68 | Total Internal/Transfer Receipts: | $21,657.68 |
| | | | |
| Total Compensable Disbursements: | $3,214.50 | Total Compensable Disbursements: | $3,214.50 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,214.50 | Total Comp/Non Comp Disbursements: | $3,214.50 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 6  Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-33855-sgj7 | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9371 | Checking Acct #: | ******0042 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/19/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 12/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $166,293.97 | $94,382.84 | $71,911.13 |

**For the period of 11/19/2019 to 12/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $166,293.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $166,293.97 |
| Total Internal/Transfer Receipts: | $21,657.68 |
| | |
| Total Compensable Disbursements: | $94,382.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $94,382.84 |
| Total Internal/Transfer Disbursements: | $21,657.68 |

**For the entire history of the case between 04/16/2020 to 12/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $166,293.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $166,293.97 |
| Total Internal/Transfer Receipts: | $21,657.68 |
| | |
| Total Compensable Disbursements: | $94,382.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $94,382.84 |
| Total Internal/Transfer Disbursements: | $21,657.68 |

/s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA

| Case No.: | 19-33855-sgj7 | | | | | | | Trustee Name: | Areya Holder Aurzada |
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | | | | | | | Date: | 12/30/2024 |
| Claims Bar Date: | 10/26/2020 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.  2001 Bryan Street, Suite 1800 Dallas TX 75201 | 08/13/2024 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $8,922.50 | $8,922.50 | $0.00 | $0.00 | $0.00 | $8,922.50 |
| | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.  2001 Bryan Street, Suite 1800 Dallas TX 75201 | 08/13/2024 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $56.50 | $56.50 | $0.00 | $0.00 | $0.00 | $56.50 |
| | LAIN FAULKNER & CO, P.C.  400 North St. Paul Street # 600 Dallas TX 75201 | 08/13/2024 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $3,416.00 | $3,416.00 | $0.00 | $0.00 | $0.00 | $3,416.00 |
| | LAIN FAULKNER & CO, P.C.  400 North St. Paul Street # 600 Dallas TX 75201 | 08/13/2024 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $11.60 | $11.60 | $0.00 | $0.00 | $0.00 | $11.60 |
| | AREYA HOLDER AURZADA  HOLDER LAW P.O. Box 2105 Addison TX 75001-2105 | 08/13/2024 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $11,564.70 | $11,564.70 | $0.00 | $0.00 | $0.00 | $11,564.70 |
| | AREYA HOLDER AURZADA  P.O. Box 2105 Addison TX 75001-2105 | 08/13/2024 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $16.48 | $16.48 | $0.00 | $0.00 | $0.00 | $16.48 |
| | JOYCE LINDAUER  1412 Main St Suite 500 Dallas TX 75201 | 12/30/2024 | Other Prior Chapter Administrative | Allowed | 6990-000 | $24,220.87 | $24,220.87 | $24,220.87 | $0.00 | $0.00 | $0.00 | $24,220.87 |
| ADM 001 | JEROME ALBERT GRISAFFI  1115 SHORES BLVD. ROCKWALL TX 75087 | 03/03/2022 | Chapter 7 Operating Expenses (incl. wages, payroll taxes and other taxes paid) | Allowed | 2690-000 | $0.00 | $2,000.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 |

Claim Notes:    Loan from Debtor to Trustee to open brokerage account.  Reimburse Debtor when first proceeds of the stock sale are received.

CLAIM ANALYSIS REPORT                              Page No: 2         Exhibit C

| Case No.: | 19-33855-sgj7 | | | | | | | | Trustee Name: | Areya Holder Aurzada | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | | | | | | | | Date: | 12/30/2024 | |
| Claims Bar Date: | 10/26/2020 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADM 002 | WILSON-DAVIS & CO., INC. c/o Glendale Securities, Inc. 15233 Ventura Blvd., Suite 712 Sherman Oaks CA 91403 | 03/23/2022 | Other Chapter 7 Administrative Expenses | Allowed | 2990-000 | $0.00 | $2,000.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Account #18004770. Open account to sell stock. | | | | | | | | | | | |
| ADM 005E | REED & ELMQUIST, P.C. 501 N. COLLEGE STREET WAXAHACHIE TX 75165 | 02/02/2024 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $523.28 | $523.28 | $523.28 | $0.00 | $0.00 | $0.00 |
| ADM 005F | REED & ELMQUIST, P.C. 501 N. COLLEGE STREET WAXAHACHIE TX 75165 | 02/02/2024 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $69,255.00 | $69,255.00 | $69,255.00 | $0.00 | $0.00 | $0.00 |
| ADM 003E-1 | SHELDON LEVY CERTIFIED PUBLIC ACCOUNTANT 6320 SOUTHWEST BLVD., #204 FORT WORTH TX 76109 | 12/05/2022 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $3,097.50 | $3,097.50 | $3,097.50 | $0.00 | $0.00 | $0.00 |
| ADM 003F-1 | SHELDON LEVY CERTIFIED PUBLIC ACCOUNTANT 6320 SOUTHWEST BLVD., #204 FORT WORTH TX 76109 | 12/05/2022 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $117.00 | $117.00 | $117.00 | $0.00 | $0.00 | $0.00 |
| ADM 004F-1 | BRYAN R. CLARK Bryan R. Clark P.C. 6910 S. Cimarron, Suite 240 Las Vegas NV 89113 | 12/07/2022 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $16,260.00 | $16,260.00 | $16,260.00 | $0.00 | $0.00 | $0.00 |

| Case No.: | 19-33855-sgj7 | | | | | | | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | | | | | | | Date: | 12/30/2024 |
| Claims Bar Date: | 10/26/2020 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES<br>PO Box 10587<br>Greenville SC 29603-0587 | 11/22/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,685.39 | $1,685.39 | $0.00 | $0.00 | $0.00 | $1,685.39 |
| **Claim Notes:** | Acquired from Sherman Originator. Acct. #8207. Chase Bank; Washington Mutual. | | | | | | | | | | | |
| 2 | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES<br>PO Box 10587<br>Greenville SC 29603-0587 | 11/22/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $421.15 | $421.15 | $0.00 | $0.00 | $0.00 | $421.15 |
| **Claim Notes:** | Acquired from Sherman Originator. Acct. #9292. World Financial Network National Bank. | | | | | | | | | | | |
| 3 | DISCOVER BANK DISCOVER PRODUCTS INC<br>PO Box 3025<br>New Albany OH 43054-3025 | 12/16/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $852.48 | $852.48 | $0.00 | $0.00 | $0.00 | $852.48 |
| 4P | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 12/23/2019 | Claims of Governmental Units - 507(a)(8) | Allowed | 5800-000 | $0.00 | $482,414.65 | $482,414.65 | $0.00 | $0.00 | $0.00 | $482,414.65 |
| 4U | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 12/23/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,549.51 | $10,549.51 | $0.00 | $0.00 | $0.00 | $10,549.51 |
| 4PEN | INTERNAL REVENUE SERVICE<br>1100 Commerce St.<br>M/S 5026 DAL<br>Dallas TX 75242 | 08/13/2024 | Fines, Penalties 726(a)(4) | Allowed | 7300-000 | $0.00 | $73,589.24 | $73,589.24 | $0.00 | $0.00 | $0.00 | $73,589.24 |
| **Claim Notes:** | Fines and Penalty portion of claim | | | | | | | | | | | |
| 5 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 12/27/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,584.03 | $9,584.03 | $0.00 | $0.00 | $0.00 | $9,584.03 |

CLAIM ANALYSIS REPORT  Page No: 4  Exhibit C

| Case No.: | 19-33855-sgj7 | | | Trustee Name: | Areya Holder Aurzada |
| Case Name: | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | | | Date: | 12/30/2024 |
| Claims Bar Date: | 10/26/2020 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE AS AGENT<br>PO Box 71083<br>Charlotte NC 28272-1083 | 12/29/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,015.15 | $1,015.15 | $0.00 | $0.00 | $0.00 | $1,015.15 |
| 7 | THE BANK OF MISSOURI<br>PO Box 105555<br>Atlanta GA 30348 | 01/10/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,497.81 | $1,497.81 | $0.00 | $0.00 | $0.00 | $1,497.81 |
| 8-2 | ROCKY MOUNTAIN HIGH BRANDS, INC.<br>Wm. Siegel, Cowles & Thompson<br>901 Main Street, Suite 3900<br>Dallas TX 75202 | 01/10/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,713,836.00 | $3,713,836.00 | $0.00 | $0.00 | $0.00 | $3,713,836.00 |

Claim Notes:   fka Republic of Texas Brands, Inc.  Filed as a secured claim.  Judgment for fraud, breach of fiduciary duty and conversion.

Per Order dated 7/14/24-CLaim is allowed as an unsecured claim.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | BANK OF AMERICA, N.A.<br>P O Box 982284<br>El Paso TX 79998-2238 | 01/24/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,950.19 | $4,950.19 | $0.00 | $0.00 | $0.00 | $4,950.19 |
| 10 | CAVALRY SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | 03/27/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $832.00 | $832.00 | $0.00 | $0.00 | $0.00 | $832.00 |
| 11 | U.S. TRUSTEE OFFICE (ADMINISTRATIVE)<br>1100 Commerce Street<br>Room 976<br>Dallas TX 75242 | 06/10/2020 | U. S. Trustee Quarterly Fees | Allowed | 2950-000 | $0.00 | $975.61 | $975.61 | $0.00 | $0.00 | $0.00 | $975.61 |

Claim Notes:   Prior chapter quarterly fees

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 10/09/2020 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $513.29 | $513.29 | $0.00 | $0.00 | $0.00 | $513.29 |

Claim Notes:   Acquired from Sherman Originator III, LLC.  Acct. #7648.  Credit One Bank.

|  |  |  |  |  |  | $4,444,177.93 | $4,444,177.93 | $93,252.78 | $0.00 | $0.00 |  | $4,350,925.15 |

| **Case No.** | 19-33855-sgj7 | **Trustee Name:** | Areya Holder Aurzada |
| **Case Name:** | GRISAFFI, JEROME ALBERT AND GRISAFFI, JEROME ALBERT | **Date:** | 12/30/2024 |
| **Claims Bar Date:** | 10/26/2020 | | |

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Expenses (Other Firm) | $3,109.10 | $3,109.10 | $3,097.50 | $0.00 | $0.00 | $11.60 |
| Accountant for Trustee Fees (Other Firm) | $3,533.00 | $3,533.00 | $117.00 | $0.00 | $0.00 | $3,416.00 |
| Attorney for Trustee Expenses (Other Firm) | $56.50 | $56.50 | $0.00 | $0.00 | $0.00 | $56.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $523.28 | $523.28 | $523.28 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $25,182.50 | $25,182.50 | $16,260.00 | $0.00 | $0.00 | $8,922.50 |
| Attorney for Trustee Fees (Trustee Firm) | $69,255.00 | $69,255.00 | $69,255.00 | $0.00 | $0.00 | $0.00 |
| Chapter 7 Operating Expenses (incl. wages, payroll taxes and other taxes paid) | $2,000.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units - 507(a)(8) | $482,414.65 | $482,414.65 | $0.00 | $0.00 | $0.00 | $482,414.65 |
| Fines, Penalties 726(a)(4) | $73,589.24 | $73,589.24 | $0.00 | $0.00 | $0.00 | $73,589.24 |
| General Unsecured 726(a)(2) | $3,745,737.00 | $3,745,737.00 | $0.00 | $0.00 | $0.00 | $3,745,737.00 |
| Other Chapter 7 Administrative Expenses | $2,000.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| Other Prior Chapter Administrative | $24,220.87 | $24,220.87 | $0.00 | $0.00 | $0.00 | $24,220.87 |
| Trustee Compensation | $11,564.70 | $11,564.70 | $0.00 | $0.00 | $0.00 | $11,564.70 |
| Trustee Expenses | $16.48 | $16.48 | $0.00 | $0.00 | $0.00 | $16.48 |
| U. S. Trustee Quarterly Fees | $975.61 | $975.61 | $0.00 | $0.00 | $0.00 | $975.61 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     3:19-bk-33855
Case Name:    JEROME ALBERT GRISAFFI
Trustee Name: Areya Holder Aurzada

|  | Balance on hand: | $71,911.13 |
|---|---:|---:|

Claims of secured creditors will be paid as follows: NONE

|  | Total to be paid to secured creditors: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $71,911.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Areya Holder Aurzada, Trustee Fees | $11,564.70 | $0.00 | $11,564.70 |
| Areya Holder Aurzada, Trustee Expenses | $16.48 | $0.00 | $16.48 |
| REED & ELMQUIST, P.C., Attorney for Trustee Fees | $69,255.00 | $69,255.00 | $0.00 |
| REED & ELMQUIST, P.C., Attorney for Trustee Expenses | $523.28 | $523.28 | $0.00 |
| Sheldon Levy, Accountant for Trustee Fees | $117.00 | $117.00 | $0.00 |
| Sheldon Levy, Accountant for Trustee Expenses | $3,097.50 | $3,097.50 | $0.00 |
| U.S. Trustee Office (ADMINISTRATIVE), U.S. Trustee Quarterly Fees | $975.61 | $0.00 | $975.61 |
| Other: Bryan R. Clark, Attorney for Trustee Fees | $16,260.00 | $16,260.00 | $0.00 |
| Other: Quilling, Selander, Lownds, Winslett & Moser, P.C., Attorney for Trustee Fees | $8,922.50 | $0.00 | $8,922.50 |
| Other: Quilling, Selander, Lownds, Winslett & Moser, P.C., Attorney for Trustee Expenses | $56.50 | $0.00 | $56.50 |
| Other: Lain Faulkner & Co, P.C., Accountant for Trustee Fees | $3,416.00 | $0.00 | $3,416.00 |
| Other: Lain Faulkner & Co, P.C., Accountant for Trustee Expenses | $11.60 | $0.00 | $11.60 |

|  | Total to be paid for chapter 7 administrative expenses: | $24,963.39 |
|---|---:|---:|
|  | Remaining balance: | $46,947.74 |

**UST Form 101-7-TFR (5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other: Joyce Lindauer, Other Prior Chapter Administrative Expenses | $24,220.87 | $0.00 | $24,220.87 |

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $24,220.87 |
| Remaining balance: | $22,726.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $482,414.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4P | Internal Revenue Service Centralized Insolvency Operations | $482,414.65 | $0.00 | $22,726.87 |

|  |  |
|---|---:|
| Total to be paid to priority claims: | $22,726.87 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,745,737.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | LVNV Funding, LLC Resurgent Capital Services | $1,685.39 | $0.00 | $0.00 |
| 2 | LVNV Funding, LLC Resurgent Capital Services | $421.15 | $0.00 | $0.00 |
| 3 | Discover Bank Discover Products Inc | $852.48 | $0.00 | $0.00 |
| 4U | Internal Revenue Service Centralized Insolvency Operations | $10,549.51 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 5 | American Express National Bank c/o Becket and Lee LLP | $9,584.03 | $0.00 | $0.00 |
| 6 | Capital One Bank (USA), N.A. by American InfoSource as agent | $1,015.15 | $0.00 | $0.00 |
| 7 | The Bank of Missouri | $1,497.81 | $0.00 | $0.00 |
| 8-2 | Rocky Mountain High Brands, Inc. | $3,713,836.00 | $0.00 | $0.00 |
| 9 | Bank of America, N.A. | $4,950.19 | $0.00 | $0.00 |
| 10 | Cavalry SPV I, LLC | $832.00 | $0.00 | $0.00 |
| 12 | PYOD, LLC | $513.29 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $73,589.24 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 4PEN | Internal Revenue Service | $73,589.24 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**